**Quarles & Brady** LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
602-229-5200

Attorneys for Defendants
STATS ChipPAC, Inc. and
STATS ChipPAC, Ltd.
Lonnie J. Williams, Jr. (ABN: 005966)
lwilliams@quarles.com
Sandra J. Creta (ABN: 018434)
screta@quarles.com
Nima Aghili (ABN: 024647)
naghili@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN,<br><br>Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc. and<br>STATS ChipPAC, Ltd.,<br><br>Defendants. | NO.: CV-08-241-PHX-HRH<br><br>**APPLICATION TO SUBSTITUTE COUNSEL WITH CLIENT CONSENT** |

Pursuant to Local Rule 83.3(b), Lonnie J. Williams, Jr., Sandra J. Creta and Nima Aghili, of the law firm of Quarles & Brady, LLP., hereby move the Court for leave to withdraw as counsel of record for Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd., foreign corporations, in the above-captioned matter, and advise the Court in support thereof, that Defendants have retained L. Eric Dowell and Caroline Larsen, of the firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., to represent them as the attorneys of record in this matter.

QBACTIVE\125155.00079\6224818.1

Undersigned counsel seek to withdraw due to the fact that Defendants have retained L. Eric Dowell and Caroline Larsen to represent them in this matter. This action has not yet been set for trial, and Defendants have been advised of all pertinent deadlines in this case. Defendants have consented to the withdrawal of undersigned counsel. *See* Exhibit A. All future pleadings, orders, and related matters should be sent to L. Eric Dowell (602) 778-3700, eric.dowell@ogletreedeakins.com, and Caroline Larsen, caroline.larsen@ ogletreedeakins.com, 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016.

RESPECTFULLY SUBMITTED this 7th day of May, 2008.

> QUARLES & BRADY LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, AZ 85004
>
>
> By   /s/ Sandra Creta
>     Lonnie J. Williams, Jr.
>     lwilliams@quarles.com
>     Sandra J. Creta
>     screta@quarles.com
>     Nima Aghili
>     naghili@quarles.com
>
> **Attorneys for Defendants**
> **STATS ChipPAC, Inc. and**
> **STATS ChipPAC, Ltd.**

1  I hereby certify that on the 7th day of May, 2008, I electronically transmitted
2  the attached document to the Clerk's Office using the CM/ECF System for filing and
3  mailed a copy to the following:

4  Tod F. Schleier, Esq.
   Bradley H. Schleier, Esq.
5  Schleier Law Offices, P.C.
   3101 N. Central Avenue
6  Suite 1090
   Phoenix, AZ  85012
7
   **Attorneys for Plaintiff**
8

9
   /s/  Diane L. Miller
10

EXHIBIT A

CONSENT TO WITHDRAWAL

I, Janet T. Taylor, hereby consent to the withdrawal of attorney Sandra J. Creta and the law firm of Quarles & Brady LLP as counsel for Defendants in the action captioned *Diane Sahakian v. STATS ChipPAC, Inc. and STATS ChipPAC, Ltd.*, foreign corporations, Case No. CV08-241-PHX-ROS, United States District Court, District of Arizona.

DATED: May __, 2008.

_____
Janet T. Taylor, General Counsel for STATS ChipPAC, Inc. and STATS ChipPAC, Ltd.,

6276033.1 (OGLETREE)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc. and<br>STATS ChipPAC, Ltd.,<br><br>　　　　Defendants. | NO.: CV-08-241-PHX-HRH<br><br>**ORDER FOR TO SUBSTITUTION OF COUNSEL** |

The Court having reviewed Defendants' Application to Substitute Counsel, With Consent, and for good cause appearing,

IT IS HEREBY ORDERED that Lonnie J. Williams, Jr., Sandra J. Creta and Nima Aghili, be withdrawn as counsel of record for Defendants and that L. Eric Dowell and Caroline Larsen be substituted as counsel of record for Defendants.

DATED THIS _____ day of _____, 2008.

_____
The Honorable H. Russell Holland

QBACTIVE\125155.00079\6224730.1