**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
brad@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman,<br><br>         Plaintiff,<br>v.<br><br>STATS ChipPAC, Inc., a foreign corporation;<br>STATS ChipPAC Ltd, a foreign corporation,<br><br>         Defendants. | No.: CV-08-241-PHX-HRH<br><br>**NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that counsel for Plaintiff mailed Plaintiff's Second Request for Production of Documents on September 22, 2008 to L. Eric Dowell, Esq., Caroline Larsen, Esq., OGLETREE, DEAKINS, 2415 E. Camelback Road ,#800, Phoenix, AZ  85016.

DATED this 22nd day of September, 2008.

SCHLEIER LAW OFFICES, P.C.

/s/ Tod F. Schleier
Attorney for Plaintiff

-1-

1 | I hereby certify that on the 22nd day September , 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to:

L. Eric Dowell, Esq.
Caroline Larsen, Esq.
OGLETREE, DEAKINS
2415 E. Camelback Road ,#800
Phoenix, AZ  85016
Attorneys for Defendants

/s/ Charolette A. Wilson