**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
brad@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | No.: CV-08-241-PHX-HRH |
| Plaintiff, | **STIPULATION FOR PLAINTIFF TO AMEND HER COMPLANT** |
| v. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation, | |
| Defendants. | |

The Parties' through respective counsel hereby stipulate to Plaintiff Diane Sahakian amending her Complaint to include claims of retaliation as a result of her receipt of a Notice of Right to Sue from the Equal Employment Opportunity Commission on September 9, 2008. Plaintiff's [proposed] First Amended Complaint is herewith attached as Exhibit "A."

/ / /

/ / /

-1-

1    DATED this 29th day of September, 2008.

2                                                                SCHLEIER LAW OFFICES P.C.

3
                                                                 s/ Tod F. Schleier
4                                                                Attorney for Plaintiff

5                                                                OGLETREE, DEAKINS, NASH, SMOAK &
                                                                 STEWART, P.C.
6

7                                                                s/ L.Eric Dowell
                                                                 Caroline Larsen
8                                                                Attorneys for Defendants

9

10   I hereby certify that on this 29th day of
     September, 2008, I electronically filed
11   the foregoing **Stipulation** with the U.S.
     District Court Clerk using the ECF
12   system, which shall send notification of
     such filing to the following:
13

14   L. Eric Dowell, Esq.
     Caroline Larsen, Esq.
15   OGLETREE, DEAKINS
     2415 E. Camelback Road ,#800
16   Phoenix, AZ  85016
17   Attorneys for Defendants

18   s/ Charolette A. Wilson

19

20

21

22

23

24

25