UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) No.: CV-08-241-PHX-HRH |
| | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| | ) |
| STATS ChipPAC, Inc., a foreign corporation; | ) |
| STATS ChipPAC Ltd, a foreign corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the Parties Stipulation for Plaintiff to Amend her Complaint and good cause appearing:

IT IS HEREBY ORDERED granting the Stipulation and;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Lodged First Amended Complaint.