**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
brad@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | No.: CV-08-241-PHX-HRH |
| Plaintiff, | **STIPULATION FOR EXTENSION FOR PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS** |
| v. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation, | |
| Defendants. | |

Based upon the schedule of Plaintiff's counsel, the parties through respective counsel hereby stipulate that Plaintiff may file her responses to Defendants' First Set of Non-Uniform Interrogatories and First Request for Production of Document on October 24, 2008.

. . .

-1-

1  DATED this 14th day of October, 2008.

SCHLEIER LAW OFFICES P.C.

s/ Tod F. Schleier
Attorney for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

s/ L.Eric Dowell
Caroline Larsen
Attorneys for Defendants

I hereby certify that on this 14th day of October, 2008, I electronically filed the foregoing **Stipulation** with the U.S. District Court Clerk using the ECF system, which shall send notification of such filing to the following:

L. Eric Dowell, Esq.
Caroline Larsen, Esq.
OGLETREE, DEAKINS
2415 E. Camelback Road ,#800
Phoenix, AZ  85016
Attorneys for Defendants

s/ Cindy J. Anderson

-2-