UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DIANE SAHAKIAN, a single woman, | ) | No.: CV-08-241-PHX-HRH |
| | ) | |
| Plaintiff, | ) | **ORDER RE EXTENSION FOR** |
| | ) | **PLAINTIFF TO RESPOND TO** |
| v. | ) | **DISCOVERY REQUESTS** |
| | ) | |
| STATS ChipPAC, Inc., a foreign corporation; | ) | |
| STATS ChipPAC Ltd, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the parties Stipulation and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff may have an extension to file her responses to Defendants' First Set of Non-Uniform Interrogatories and First Request for Production of Document until October 24, 2008.

DONE IN OPEN COURT this ___ of October, 2008.

_____

-1-