**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
brad@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | No.: CV-08-241-PHX-HRH |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL** |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation, | |
| Defendants. | |

Pursuant to Rule 83.3(b)(2) of the Rules of Practice of the United States District Court for the District of Arizona, the law firm of Schleier Law Offices, P.C hereby moves to withdraw as counsel for the Plaintiff in this matter. The reason for this motion is that a conflict has arisen between Plaintiff and the law firm that cannot be reconciled. In light of this development and to insure that new counsel has adequate time to review this case and Plaintiff's legal rights are protected, the law firm requests the Court to extend by forty-five (45) days (until December 6. 2008): (1)  the discovery deadline of October 24, 2008 for Plaintiff's responses to Defendant's First Set of Non-Uniform

Interrogatories and First Request for Production of Documents; (2) the discovery deadline of November 3, 2008 for submission of Plaintiff's expert witness reports; and (3) the due date of November 13, 2008 for Responses to Defendant's Second Set of Non-Uniform Interrogatories.

Plaintiff's home and mailing address and telephone number is:

Diane Sahakian,  1330 East Calle de Caballos, Tempe, Arizona 85284
Telephone number: 480-491-7119
Email:  d_sahakian@yahoo.com

Based on the above, SCHLEIER LAW OFFICES, P.C. respectfully requests a Court Order allowing the law firm of SCHLEIER, LAW OFFICES, P.C. and attorney Tod F. Schleier to withdraw as Plaintiff's counsel in the above captioned matter and to continue the discovery deadlines for responding to Defendant's First Request for Production of Documents and First and Second Set of Non-Uniform Interrogatories and the Plaintiff's expert witness reports for forty-five (45) days.

The law firm of SCHLEIER LAW OFFICES, P.C. will mail a copy of any Order the Court enters on this Motion to the Plaintiff.

DATED this 23rd day of October, 2008.

SCHLEIER LAW OFFICES, P.C.

s/ Tod F. Schleier
Tod F. Schleier
Attorney for Plaintiff

I hereby certify that on the 23rd day of October, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to:

1  L. Eric Dowell, Esq.
2  Caroline Larsen, Esq.
   OGLETREE, DEAKINS
3  2415 E. Camelback Road ,#800
   Phoenix, AZ  85016
4  Attorneys for Defendants

5  A copy hand delivered this
   23rd day of October, 2008 to:
6

7  Diane Sahakian
   1330 East Calle de Caballos
8  Tempe, AZ  85284
   Plaintiff
9

10 s/ Charolette A. Wilson

CERTIFICATE OF COUNSEL

I hereby certify that I have advised Ms. Diane Sahakian in writing of the status of the case including the dates and time of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

                                              s/ Tod F. Schleier
                                              Tod F. Schleier
                                              SCHLEIER LAW OFFICES, P.C.
                                              3101 North Central Avenue
                                              Suite 1090
                                              Phoenix, Arizona 85012
                                              Attorney for Plaintiff