1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, ) | No.: CV-08-241-PHX-HRH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER RE WITHDRAWAL** |
| ) | **OF COUNSEL** |
| STATS ChipPAC, Inc., a foreign corporation; ) | |
| STATS ChipPAC Ltd, a foreign corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to Motion to Withdraw as Counsel, and good cause appearing:

IT IS HEREBY ORDERED that the law firm of Schleier Law Offices, P.C is

permitted to withdraw as counsel for the Plaintiff in this matter.

IT IS FURTHER ORDERED extending the discovery deadlines by forty-five (45)

days, until December 6. 2008, with which Plaintiff must respond to: Defendant's First

and Second Set of Non-Uniform Interrogatories and Requests for Production of

Documents, as well as disclosure of Plaintiff's expert witness reports, if any.

1    IT IS FURTHER ORDERED that SCHLEIER LAW OFFICES, P.C. will mail a

2   copy of this Order immediately to Plaintiff.

3    DONE IN OPEN COURT this _____day of October, 2008.

4

5    _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25