Peter Strojnik, Esq. – Arizona Bar No. 006464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: strojnik@aol.com

Peter K. Strojnik, Esq. – Arizona Bar No. 026082
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 408-655-0984
Facsimile: 602-264-1441
e-mail: pksesq@aol.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-00241-HRH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | **AND** |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, LTD, a foreign corporation, | **JOINDER IN MR. SCHLEIER'S REQUEST TO EXTEND DEADLINES** |
| Defendants. | |

On October 23, 2008, Mr. Schleier, Plaintiff's withdrawing attorney, requested that this Court extend to December 6, 2008 (1) the discovery deadline for Plaintiff's Responses to Defendants' First Set of Non-Uniform Interrogatories and First Request for Production of Documents; (2) the discovery deadline for submission of Plaintiff's expert witness reports; and

-1-

(3) the discovery deadline for responding to Defendants' Second Set of Non-Uniform Interrogatories.

Since some of the deadlines have already passed, appearing attorneys respectfully join in withdrawing attorney's request. Appearing attorney's contact information is this:

Peter Strojnik, Esq. – Arizona Bar No. 006464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: strojnik@aol.com

Peter K. Strojnik, Esq. – Arizona Bar No. 026082
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 408-655-0984
Facsimile: 602-264-1441
e-mail: pksesq@aol.com

RESPECTFULLY SUBMITTED this 5th day of November, 2008.

PETER STROJNIK, P.C.

_____
By: Peter Strojnik
Attorney for the Plaintiff