IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


DIANE SAHAKIAN, a single woman, )
           )
      Plaintiff, )
           )
 vs.         )
           )
STATS ChipPAC, Inc., a foreign )
corporation; and STATS ChipPAC )
Ltd., a foreign corporation, )
           ) No. 2:08-cv-0241-HRH
      Defendants. )
_____)


O R D E R

Motion to Withdraw as Counsel

Plaintiff's counsel moves to withdraw.[1]  In so moving, counsel seeks some readjustment of the schedule for this case on behalf of plaintiff.

The time for responding to the foregoing motion has not yet expired; however, new counsel for plaintiff has appeared.[2]  The motion of plaintiff's former counsel to withdraw is granted.

New counsel for plaintiff and defense counsel will please confer with respect to the scheduling in this case and, on or before November 21, 2008, advise the court by joint report as to

---

[1]Docket No. 34.

[2]Docket No. 35.

- 1 -

any and all adjustments to the scheduling order in this case which they deem necessary.

DATED at Anchorage, Alaska, this <u>6th</u> day of November, 2008.


                                        /s/ H. Russel Holland
                                        United States District Judge