Peter Strojnik, Esq. – Arizona Bar No. 006464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: strojnik@aol.com

Peter K. Strojnik, Esq. – Arizona Bar No. 026082
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 408-655-0984
Facsimile: 602-264-1441
e-mail: pksesq@aol.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-00241-HRH |
| Plaintiff, | **NOTICE OF DISCLOSURE OF PLAINTIFF'S EXPERT REPORT** |
| v. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, LTD, a foreign corporation, | (ASSIGNED TO THE HONORABLE H. RUSSEL HOLLAND) |
| Defendants. | |

**TO THE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE Plaintiff Diane Sahakian disclosed an expert report prepared by Dr. David R. Perry to Defendants on December 9, 2008 via PDF electronic mail.

-1-

RESPECTFULLY SUBMITTED this 10th day of December, 2008.

**PETER STROJNIK, P.C.**

_____
By: Peter Strojnik
Attorney for the Plaintiff

-2-