L. Eric Dowell, SBN 011458
Caroline K. Larsen, SBN 022547
Monique D. Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:   (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>  Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation,<br><br>  Defendants. | CV08-241-PHX-HRH<br><br>**NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF DIANE SAHAKIAN**<br><br>(Assigned to the Hon. H. Russel Holland) |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 35, Federal Rules of Civil Procedure, Plaintiff will appear for an independent medical examination at the time and place stated below, pursuant to agreement by the parties.

**PERSON TO BE EXAMINED:**   Diane Sahakian.

**DATE AND TIME OF EXAMINATION:**   Monday, February 9, 2009
at 9:30 a.m.

**PLACE OF EXAMINATION:**   C. Brady Wilson, Ph.D.
9316 E. Raintree, Suite 130
Scottsdale, AZ  85260

1   DATED this 29th day of January, 2009.

2
                                            OGLETREE, DEAKINS, NASH,
3                                           SMOAK & STEWART, P.C.

4

5                                           By: s/ Caroline Larsen
                                                L. Eric Dowell
6                                               Caroline K. Larsen
                                                Monique D. Young
7                                               2415 East Camelback Road, Suite 800
                                                Phoenix, Arizona 85016
8                                               Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 29, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

s/ Debra A. Perkins

6924586.1 (OGLETREE)