# Exhibit B

# Corporate Information

**CHAIRMAN**
**Charles R. Wofford**

**DIRECTORS**
**Tan Lay Koon**
**Peter Seah Lim Huat**
**R. Douglas Norby**
**Teng Cheong Kwee**
**Tokumasa Yasui**
**Phoon Siew Heng**

**SENIOR MANAGEMENT**
**Tan Lay Koon**
President And Chief Executive Officer

**Wan Choong Hoe**
Executive Vice President,
Chief Operating Officer

**Dr. Han Byung Joon**
Executive Vice President,
Chief Technology Officer

**John Lau Tai Chong**
Senior Vice President,
Chief Financial Officer

**Ng Tiong Gee**
Senior Vice President,
Human Resources
Chief Information Officer

**Janet T. Taylor**
Senior Vice President,
General Counsel

**REGISTERED OFFICE AND CORPORATE HEADQUARTERS**
**STATS ChipPAC Ltd.**
10 Ang Mo Kio Street 65
#05-17/20 Techpoint
Singapore 569059
Tel : (65) 6824 7777
Fax :(65) 6720 7829

**SHAREHOLDER SERVICES FOR ORDINARY SHARES**
**M & C Services Private Limited**
138 Robinson Road #17-00
The Corporate Office
Singapore 068906
Tel : (65) 6227 6660
Fax :(65) 6225 1452

**SHAREHOLDER SERVICES FOR AMERICAN DEPOSITARY SHARES (ADSs)**
**Citibank, N.A.**
**Depositary Receipt Services**
388 Greenwich Street, 14th Floor
New York, NY 10013, USA
Tel : (1) 212 657 7464
Fax :(1) 212 657 5398

**SHARE LISTING**
STATS ChipPAC Ltd.'s ordinary shares are traded on the Singapore Exchange Securities Trading Limited under the symbol "STATSChP".

**INDEPENDENT AUDITORS**
PricewaterhouseCoopers
8 Cross Street #17-00
PWC Building
Singapore 048424

**CORPORATE AND INVESTOR INFORMATION**
Financial analysts, shareholders, interested investors and the financial media can find additional information about STATS ChipPAC Ltd. through our website, located at
www.statschippac.com

**INVESTOR RELATIONS**
**Investor Relations**
10 Ang Mo Kio Street 65
#05-17/20 Techpoint
Singapore 569059
Tel : (65) 6824 7788 (Singapore)
kahlocke.thom@statschippac.com

**MEDIA CONTACT**
**Corporate Communications**
47400 Kato Road
Fremont CA 94538
United States
Tel : (1) 208 939 3104
lisa.lavin@statschippac.com

**ANNUAL GENERAL MEETING**
The 14th Annual General Meeting will be held at 10.00 a.m. local time, Wednesday, April 23, 2008 at the corporate office of STATS ChipPAC Ltd. at 10 Ang Mo Kio Street 65, #04-18/20 Techpoint, Singapore 569059.