```
1   Peter Kristofer Strojnik, SBN: 026082
    THE LAW FIRM OF PETER K. STROJNIK
2   3030 North Central Avenue, Suite 1401
    Phoenix, Arizona 85012
3   Telephone: 602-297-3019
    Facsimile: 602-264-1441
4   e-mail: pksesq@aol.com
5   Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) NO. CV-08-241-PHX-HRH |
| Plaintiff, | ) **PLAINTIFF'S MOTION TO STRIKE** |
| vs. | ) **DEFENDANTS' RESPONSE IN OPPOSITION** |
| | ) **TO PLAINTIFF'S MOTION TO AMEND;** |
| STATS ChipPAC, Inc., a foreign corporation; | ) **MEMRANDUM OF POINTS AND** |
| STATS ChipPAC, Ltd., a foreign corporation; | ) **AUTHORITIES** |
| TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; | ) |
| SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | ) |
| Defendants. | ) |

## MOTION

Plaintiff Diane Sahakian, pursuant to Federal Rules of Civil Procedure § 12(f), hereby moves to strike Defendants Response in Opposition to Plaintiff's Motion to Amend (Doc. 49). The basis for this Motion is Defendants' Response was untimely pursuant to Federal Rules of Civil Procedure § 6 and Local Civil Rule 7.2(c).

WHEREFORE, Plaintiff respectfully requests this Motion be granted and whatever else this Court deems just and proper.

1  RESPECTFULLY SUBMITTED this 3rd Day of February, 2009.

**THE LAW FIRM OF PETER K. STROJNIK**

_____
Peter Kristofer Strojnik
Attorney for the Plaintiff

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. SALIENT FACTS

On January 13, 2009, Plaintiff filed a Motion to Amend the Complaint (Doc. 41). On February 2, 2009, Defendants e-filed a Responsive Memorandum to Doc 41 (Doc. 49). Excluding Martin Luther King, Jr. Day and Saturdays and Sundays, Docs. 41 and 49 are separated by exactly 12 days.

## II. APPLICABLE LAW

### A. Defendants' Responsive Memorandum Was Untimely By Two Days.

Federal Rules of Civil Procedure ("Rule") section 12(f) states in relevant part: "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Local Civil Rule 7.2(c) states:

> The opposing party shall, unless otherwise ordered by the Court and except as otherwise provided by Rule 56 of the Federal Rules of Civil Procedure, and Rules 12.1, 54.2(b), and 56.1, Local Rules of Civil Procedure, have ten (10) days after service in a civil or criminal case within which to serve and file a responsive memorandum.

The exceptions stated in Rule 12(f) are inapplicable to Defendants' Response. Rule 6 provides in relevant part relating to computing time for filing and service: "Exclude intermediate Saturdays, Sundays, and legal holidays when the period is less than 11 days."

Here, Defendants Responsive Memorandum (Doc. 49) was filed and served on February 2, 2009, which is 12 days after Plaintiff filed its Motion to Amend (Doc. 41). Said Response is insufficient. Therefore, its Response in Opposition must be struck.

RESPECTFULLY SUBMITTED this 3rd Day of February, 2009.

**THE LAW FIRM OF PETER K. STROJNIK**

_____
Peter Kristofer Strojnik
Attorney for the Plaintiff