# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. CV-08-241-PHX-HRH |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

**ORDER** – Upon Motion made and good cause shown, it is hereby ordered Plaintiff's Motion to Strike Defendants' Response in Opposition to Plaintiff's Motion to Amend (Doc. 49) is **GRANTED**.

Dated this _____ day of _____, 2009.

_____
**United States District Judge**