Peter Kristofer Strojnik, SBN: 026082
THE LAW FIRM OF PETER K. STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
e-mail: *pksesq@aol.com*
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) NO. CV-08-241-PHX-HRH |
| | ) |
| Plaintiff, | ) **NOTICE OF WITHDRAWAL OF PLAINTIFF'S** |
| | ) **MOTION TO STRIKE DEFENDANTS'** |
| vs. | ) **RESPONSE IN OPPOSITION TO PLAINTIFF'S** |
| | ) **MOTION TO AMEND** |
| STATS ChipPAC, Inc., a foreign corporation; | ) |
| STATS ChipPAC, Ltd., a foreign corporation; | ) |
| TEMASEK HOLDINGS PRIVATE | ) |
| LIMITED, a foreign corporation; | ) |
| SINGAPORE TECHNOLOGIES | ) |
| SEMICONDUCTORS PRIVATE LIMITED, | ) |
| a foreign corporation. | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLEASE TAKE NOTICE Plaintiff hereby withdraws her Motion to Strike (Doc. 50).


RESPECTFULLY SUBMITTED this 5th Day of February, 2009.


**THE LAW FIRM OF PETER K. STROJNIK**

Peter Kristofer Strojnik
Attorney for the Plaintiff