# Exhibit 2

**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
brad@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>STATS ChipPAC, Inc., a foreign corporation;<br>STATS ChipPAC Ltd, a foreign corporation,<br><br>Defendants. | No.: CV-08-241-PHX-HRH<br><br>**PLAINTIFF'S INITIAL<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 26 of the Federal Rules of Procedure, Plaintiff hereby submits her Initial Disclosure as follows:

**(A)   WITNESSES**

1.   Diane Sahakian, Plaintiff

It is anticipated that Plaintiff will testify as to her training, education and experience; all aspects of her employment with Defendant; allegations contained in Plaintiff's Complaint; all conversations with current or former employees relative to projects and occurrences in the office; all conversations with customers relative to projects and

1    occurrences in the office; and all damages sustained as a result of Defendants

2    action/inaction.

3         2.    Byung Joon Han, Executive VP & CTO, STATS

4         It is anticipated that Mr. Han will testify as to his training, experience and education;

5    his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications

6    and job performance; his knowledge of Plaintiff's reports surrounding male employees and

7    occurrences in the office; his knowledge as to Plaintiff being placed on "special project"

8    detail; and all conversations or communications with anyone relative to Plaintiff.

9         3.    Tan Lay Koon, President & CEO, STATS

10        It is anticipated that Mr. Koon will testify as to his training, experience and

11   education; his own employment with Defendant; his knowledge as to Plaintiff's skills,

12   qualifications and job performance; his knowledge of Plaintiff's reports surrounding male

13   employees and occurrences in the office; his knowledge as to Plaintiff being placed on

14   "special project" detail; and all conversations or communications with anyone relative to

15   Plaintiff.

16        4.    Tiong Gee Ng, Executive VP of HR & CIO, STATS

17        It is anticipated that Mr. Ng will testify as to his training, experience and education;

18   his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications

19   and job performance; his knowledge of Plaintiff's reports surrounding male employees and

20   occurrences in the office; his knowledge as to Plaintiff being placed on "special project"

21   detail; and all conversations or communications with anyone relative to Plaintiff.

1

2

3

      5.      Brett Dunlap, Director, Amkor Electronics
               1900 S. Price Road
               Chandler, AZ 85248
               480-821-5000 x 5249

4

5

      It is anticipated that Mr. Dunlap will testify as to his training, education and experience; his own employment with Defendant and under the supervision of Plaintiff; and

6

his knowledge as to Plaintiff's skills and qualifications.

7

8

      6.     Scott Jewler, former CSO, STATS

9

      It is anticipated that Mr. Jewler will testify as to his training, education and

10

experience; his own employment with Defendant; and his knowledge as to Plaintiff's skills

11

and qualifications.

12

      7.     Scott Gooch, former Product Director, STATS

13

14

      It is anticipated that Mr. Gooch will testify as to his training, education and

15

experience; his own employment with Defendant; and his knowledge as to Plaintiff's skills

16

and qualifications.

17

      8.     Gail Uy, Manager of HR, STATS

18

      It is anticipated that Ms. Uy will testify as to her training, experience and education

19

in human resources; her own employment with Defendant; her knowledge as to Plaintiff's

20

skills, qualifications and job performance; her knowledge of Plaintiff's reports surrounding

21

male employees and occurrences in the office; her knowledge as to Plaintiff being placed on

22

"special project" detail; her knowledge as to the policies and practices of Defendant; and all

23

24

conversations or communications with anyone relative to Plaintiff.

25

9.      Cindy Palar, VP, Damand Management, STATS

It is anticipated that Mr. Palar will testify as to his training, experience and education; her own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

10.      Eric Gongora, Director, Product Line Mgt, STATS

It is anticipated that Mr. Gongora will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

11.      Mike Schraeder, VP, Test Product Line, STATS

It is anticipated that Mr. Schraeder will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

1       12.    Jeff Howell, VP Sales, STATS

2   It is anticipated that Mr. Howell will testify as to his training, experience and

3   education; his own employment with Defendant; his knowledge as to Plaintiff's skills,

4   qualifications and job performance; his knowledge of Plaintiff's reports surrounding male

5   employees and occurrences in the office; his knowledge as to Plaintiff being placed on

6   "special project" detail; and all conversations or communications with anyone relative to

7   Plaintiff.

8       13.    Chris Shea, Technical Coordinator, STATS

9   It is anticipated that Mr. Shea will testify as to his training, experience and education;

10  his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications

11  and job performance; his knowledge of Plaintiff's reports surrounding male employees and

12  occurrences in the office; his knowledge as to Plaintiff being placed on "special project"

13  detail; and all conversations or communications with anyone relative to Plaintiff.

14      14.    Raj Pendse, VP, Emerging Technology, STATS

15  It is anticipated that Mr. Pendse will testify as to his training, experience and

16  education; his own employment with Defendant; his knowledge as to Plaintiff's skills,

17  qualifications and job performance; his knowledge of Plaintiff's reports surrounding male

18  employees and occurrences in the office; his knowledge as to Plaintiff being placed on

19  "special project" detail; and all conversations or communications with anyone relative to

20  Plaintiff.

15.     Flynn Carson, VP Emerging Technology, STATS

It is anticipated that Mr. Carson will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

16.     Adrian Murphy, Product Manager, STATS

It is anticipated that Mr. Murphy will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

17.     Harry Chandra, Product Manager, STATS

It is anticipated that Mr. Chandra will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

18.    Blake Gillett, Sr. Director, Product Line, STATS

It is anticipated that Mr. Gillette will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

19.    Kai Liu, Technical Staff, STATS

It is anticipated that Ms. Liu will testify as to her training, experience and education; her own employment with Defendant; her knowledge as to Plaintiff's skills, qualifications and job performance; her knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; her knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

20.    Jay Balducci, Technical Program Mgr, STATS

It is anticipated that Mr. Balducci will testify as to his training, experience and education; his own employment with Defendant; his knowledge as to Plaintiff's skills, qualifications and job performance; his knowledge of Plaintiff's reports surrounding male employees and occurrences in the office; his knowledge as to Plaintiff being placed on "special project" detail; and all conversations or communications with anyone relative to Plaintiff.

1

    21.     Phil Wingate, Director, Design, STATS

2

    It is anticipated that Mr. Wingate will testify as to his training, experience and

3

education; his own employment with Defendant; his knowledge as to Plaintiff's skills,

4

qualifications and job performance; his knowledge of Plaintiff's reports surrounding male

5

employees and occurrences in the office; his knowledge as to Plaintiff being placed on

6

7

"special project" detail; and all conversations or communications with anyone relative to

8

Plaintiff.

9

    22.     Meenakshi Padmanathan, Engineer, STATS

10

    It is anticipated that Mr. Padmanathan will testify as to his training, experience and

11

education; his own employment with Defendant; his knowledge as to Plaintiff's skills,

12

qualifications and job performance; his knowledge of Plaintiff's reports surrounding male

13

14

employees and occurrences in the office; his knowledge as to Plaintiff being placed on

15

"special project" detail; and all conversations or communications with anyone relative to

16

Plaintiff.

17

    23.     Dr. David Mickus

18

            East Valley Primary Care Physicians

19

            4515 S. McClintock Dr, #100
            Tempe, AZ

20

            480-820-1133

21

    Dr. Mickus will testify as to his education, experience and training; his treatment of

22

Plaintiff all in accordance with his medical records and accompanying billing.

23

    24.     Paul Thomas, DDS

24

            7350 S. McClintock Drive, #104
            Tempe, AZ 85283

25

Dr. Thomas will testify as to his education, experience and training as a dentist; his care and treatment of Plaintiff all in accordance with his dental records and accompanying billing.

25.    Dr. David Warman
       NexLev
       4206 E. Chandler Blvd
       Chandler, AZ  85048
       480-615-5317

Dr. Warman will testify as to his education, experience and training as a chiropractor; and his care and treatment of Plaintiff in accordance with his medical records and accompanying billing.

26.    Arizona School of Massage Therapy
       1409 W. Southern Avenue, #6
       Tempe, AZ  85282
       480-983-2222

It is anticipated that a massage therapist will testify as to their education, training and experience; and the care and treatment of Plaintiff.

27.    Jeff Osmun, President, ASAT

It is anticipated that Mr. Osmun will testify as to his training, education and experience; his own employment with Defendant as STATS US President and Executive Vice President of Sales; and his knowledge as to Plaintiff's skills and qualifications.

28.    Ken Brown, Director, Intel
       5000 W. Chandler Blvd
       Chandler, AZ
       480-554-8080 (W)
       480-225-2299 (H)

1    It is anticipated that Mr. Brown will testify as to his training, education and

2    experience; his own experience in dealing with Plaintiff and with Defendant; and his

3    knowledge as to Plaintiff's skills and qualifications.

4
        29.    Anthony Kong, Manager, Intel  (former STATS employee)
5
              5000 W. Chandler Blvd.
              Chandler, AZ
6
              480-554-8080 (W)
7
              480-236-7108 (cell)

8    It is anticipated that Mr. Kong will testify as to his training, education and

9    experience; his own employment with Defendant; and his knowledge as to Plaintiff's skills

10    and qualifications.

11
        30.    Ram Ramakrishna, Broadcom (former STATS employee)
12
              1131 W. Warner Road
              Tempe, AZ  85284
13
              480-753-2260 (W)
14
              480-753-1011 (H)

15    It is anticipated that Mr. Ramakrishna will testify as to his training, education and

16    experience; his own employment with Defendant; and his knowledge as to Plaintiff's skills

17    and qualifications.

18
        31.    Dean Kossives, former  Product Manager
19
              908-305-6713 (cell)
20
    It is anticipated that Mr. Kossives will testify as to his training, education and
21
experience; his own employment with Defendant and under the supervision of Plaintiff; and
22
23    his knowledge as to Plaintiff's skills and qualifications.

24
        32.    Financial expert.  (will supplement)
25
        33.    Any necessary Custodians of Record.

34.    Any witness listed by Defendants.

**(B)    EXHIBITS**

1.    Employee Handbook. #DS-0001 through DS-0040

2.    All emails and correspondence. #DS-0041 through #DS-1556

3.    Equal Employment Opportunity Commission file.  #EEOC001 through #EEOC130

4.    Medical records and bills from David Mickus, M.D.  #DS-1606 through DS-1752  (will supplement medical bills)

5.    Medical records and bills from Dr. David Warman. (will supplement)

6.    Massage records and bills from Arizona School of Massage Therapy. (will supplement)

7.    Plaintiffs complete personnel file.  (will supplement)

8.    Dental records and bills of Paul Thomas, DDS. #DS-1557 through DS-1605

9.    All documents received pursuant to Subpoena Duces Tecum.

10.    All exhibits listed by Defendants.

11.    All pleadings, depositions, Responses to Requests for Admissions, Responses to Requests for Production, Answers to Interrogatories, and Disclosure Statements and Supplements thereto.

**(C)    DAMAGES**

As a result of Defendants' actions/inaction, Plaintiff has sustained damages as follows:   Plaintiff has suffered humiliation, embarrassment and damaged reputation in

the semiconductor industry where she has spent 25 years to establish herself.  As a result of a hostile environment, a predatory old boys network, discrimination, retaliation, humiliation, unjustified, demeaning demotion, being blackballed, alienation, complete disrespect, and a manager who completely dismissed all complaints, Plaintiff's health has been affected as follows:

- Teeth grinding, resulting in cracked molars. (Several crowns replaced.  Fitted with a mouth guard.)
- Muscle aches, neck and back pain, knots.  (Massage therapy, medicated. Chiropractor)
- Sleeplessness and insomnia  (medicated)
- Abdominal pain (many cysts)
- Diarrhea, constipation (medicated)
- Uncontrollable crying at work, on the way to work, during interactions with friends and family and alone (medicated)
- Feeling sick to her stomach
- Hair loss
- Skin breakouts and circles under the eyes
- Heart palpitations and escalated blood pressure (medicated)
- Diminished immunity to colds and flu
- Weight gain
- Exhaustion, lack of energy (increased vitamins)
- Socially withdrawn
- Strain on relationships (family and friends)
- Low self-esteem
- Forgetfulness
- Confusion
- Inability to concentrate
- Burnout
- Nightmares

Plaintiff will supplement with medical/dental records and bills.

Plaintiff will also sustain lost wages and the value of lost benefits as a result of the retaliatory termination of her employment on July 1, 2008.  Plaintiff will provide

1  specific information as to the present value of lost wages and benefits once she becomes

2  employed and upon retaining an expert witness to calculate her economic loss.

3          DATED this 16th day of July, 2008.

4                                                    SCHLEIER LAW OFFICES, P.C.

5

6                                                    _____
                                                     Tod F. Schleier
7                                                    Attorney for Plaintiff

8  Original mailed this 16th
   day of July, 2008 to:
9

10  L. Eric Dowell, Esq.
    Caroline Larsen, Esq.
11  OGLETREE, DEAKINS
    2415 E. Camelback Road ,#800
12  Phoenix, AZ  85016
13  Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

                                                    -13-