# Exhibit 4

Independent psychological examinations are indicated to make an assessment of an individual who reports emotional distress to assess the possibility of any pre-existing conditions, pre-existing vulnerability, status at the time of stresses, sequella of the alleged mental condition, current status, any relationship between historical factors and current status, and long term prognosis.

The first step in the process is informed consent of the subject. When the subject first apears for the examination, they are requested to provide the examiner with data for identification. Then, they are asked to read and sign for consent relative to the following:

*"You are at my offices for an independent psychological evaluation. I will not be providing treatment for you nor will I be making treatment recommendations. Accordingly, your presence here constitutes neither treatment nor consultation of a psychological nature. Further, this examination is scheduled by an attorney for the defense in a legal action in which you are involved, and has not been initiated by you. The law firm for the defense in your case reimburses me for my services. I am being reimbursed at a rate of $ 275.00 per hour. The report and its findings are available to you and to your agents via the office of defense council and/or through discovery. By signing below, you acknowledge that you have been informed of these facts, and that you waive privilege relative to the information this office gathers via the examination. This means that all information that I gather will be made available to the attorneys involved in your legal action, and to the court. Otherwise, this office will maintain the confidentiality of this information. You also acknowledge that you consent to being video recorded during the course of the face to face interview.*

The standard of care for a forensic examination requires an integration of information from a variety of sources and through a variety of assessment techniques in what forensic psychologists refer to as a multi-source multi-method evaluation. The components of forensic evaluations typically include:

1. record review,
2. objective psychological testing,
3. face-to-face forensic interview(s) of the subject, and
4. collateral and or corroborative inquiry, including possible interviews with other sources of information to obtain information and check for consistency with information that is provided in interviews and through record review     .

Face-to-face forensic interviews will include a detailed description of psychological functioning in each of the following five realms:

1. psychological and social history for pre-existing conditions, vulnerabilities, and areas of strengths,
2. description and severity of the reported condition,
3. sequella, including impairments in functioning that may be caused by the condition and areas of functioning that may have proved resilient to the condition,
4. recurrent status, and

    5. prognosis.

Covering the material in these five areas may require as much as an hour in each area and most individuals can provide a relatively complete description of themselves in anywhere from three to five hours. A total of about four to six hours is typical; partly depending on how fragile they are, how complicated their history is, how many elements there are to the complaint, how cooperative they are in providing information on a history questionnaire (which saves interview time), and how open they are with the interviewer (which is impossible to predict ahead of time).

The evaluation addresses developmental, cognitive, behavioral, emotional and self-concept aspects of functioning as well as assessment of potential trauma, depression, anxiety, sexual difficulties, social withdrawal, health issues, emotional sensitivity, difficulties with trust and intimacy, and with any associated impairment in functioning that might be claimed by the subject.

Objective psychological testing combined with record review, clinical interviews (as opposed to counseling sessions), and collateral interviews are generally accepted practice for forensic evaluations. Subjects are each administered a battery of psychological tests and are interviewed in depth. A detailed history is obtained and the psychological testing provides an objective measure of a subject's current status and likely long-term functioning and impairment.

The psychological testing is mostly self-administered and self paced and can be provided in one-half day. If necessary, the test can be administered separated over time-- whichever is more comfortable for the subject. Persons vary in the amount of time it takes them to complete tests of psychological functioning and status, but typically this battery would not take longer than two to three hours.

In this case, the test battery will be composed of the Minnesota Multiphasic Personality Inventory-2 in order to personality adjustment, mental status, and attitude toward the evaluation. The Millon Clinical Inventory will be administered to better assess characterological adjustment and makeup. In many ways, the MMPI-2 is better suited to assess for Axis I factors, especially in the general population, while the Millon better suited to a clinical population and is conceptually better suited to assess for Axis II factors.

Other potentially helpful confirmatory and dicomfirmatory sources of information would include all relevant records such as those from educational and psychological institutions and providers, medical, health care, and employment records, and law enforcement contacts.

The evaluation of the subject would probably be schedule to include a single session, consisting of time to conduct the objective psychological testing and time to conduct the face-to-face interview. The single session can be divided into two or more sessions depending upon the following:

1. Factors that are sensitive to the stressful and fatiguing nature of the evaluation process.

2. Factors that are responsive to the need for an interpretation of test data, records, or other corroborative data previous to interviews with the subject to assure objectivity.