# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman, | CV08-241-PHX-HRH |
| Plaintiff, | **ORDER** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation, | |
| Defendants. | |

Pursuant to Defendants' Motion for Order for Plaintiff's Psychological Examination and Request for Sanctions, IT IS HEREBY ORDERED as follows:

1. Plaintiff Diane Sahakian shall submit to an independent psychological examination at a time and date mutually convenient to Ms. Sahakian and the qualified examiner of Defendants' choice, pursuant to Rule 35 Fed. R. Civ. P.

2. Plaintiff shall reimburse Defendants in the amount of $1,650.00 for the costs of the unused time set aside for Plaintiff's examination on February 9, 2009, pursuant to Rule 37(b)(2)(C) Fed. R. Civ. P.