# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 18, 2009

RE: CV 08-241-PHX-HRH

Sahakian v. STATS ChipPAC, Inc. et al

Pursuant to the request of Peter Strojnik of The Law Firm of Peter Strojnik, P.C., a Summons and Complaint were mailed via registered mail to:

Singapore Technologies Semiconductors Pte Ltd.
President & CEO
No. 1 Woodlands Industrial Park D Street 1
Singapore 738799

Temasek Holdings (Private) Limited
President & CEO Madam Ho Ching
60B Orchard Road #06-18 Tower 2
The Atrium @ Orchards
Singapore 238891

as shown on the attached registered mail receipt.

Mailed: 2/18/2009

Returned: _____

Sincerely,
RICHARD H. WEARE, DCE/CLERK

By  s/C. Harney
         Deputy Clerk





```
========================================
              OSBORN STATION
              PHOENIX, Arizona
                 850133349
               0363680083-0096
    02/18/2009 (800)275-8777 03:44:58 PM
========================================
    ============ Sales Receipt ============
    Product         Sale Unit      Final
    Description     Qty  Price     Price
    ========================================

    Singapore -                    $4.20
    First-Class Mail
    Int'l  Large Env
     4.70 oz.
      Return Receipt              $2.20
      Registered                 $10.80
      Insured Value :     $0.00
      Article Value :     $0.00
      Label #:      RE394147252US
                                ========
     Issue PVI:                  $17.20

                               ==========
    Total:                       $17.20

    Paid by:
    Personal Check               $17.20

    Order stamps at USPS.com/shop or
    call 1-800-Stamp24.  Go to
    USPS.com/clicknship to print
    shipping labels with postage.  For
    other information call
    1-800-ASK-USPS.

    Bill#:1000401025522
    Clerk:08

    All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
    ************************************
    ************************************
          HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
    ************************************
    ************************************


              Customer Copy
```

```
========================================
              OSBORN STATION
              PHOENIX, Arizona
                 850133349
               0363680083-0096
    02/18/2009 (800)275-8777 03:46:55 PM
========================================
    ============ Sales Receipt ============
    Product         Sale Unit      Final
    Description     Qty  Price     Price
    ========================================

    Singapore -                    $4.20
    First-Class Mail
    Int'l  Large Env
     4.60 oz.
      Return Receipt              $2.20
      Registered                 $10.80
      Insured Value :     $0.00
      Article Value :     $0.00
      Label #:      RE394147249US
                                ========
     Issue PVI:                  $17.20

                               ==========
    Total:                       $17.20

    Paid by:
    Personal Check               $17.20

    Order stamps at USPS.com/shop or
    call 1-800-Stamp24.  Go to
    USPS.com/clicknship to print
    shipping labels with postage.  For
    other information call
    1-800-ASK-USPS.

    Bill#:1000401025530
    Clerk:08

    All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
    ************************************
    ************************************
          HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
    ************************************
    ************************************


              Customer Copy
```