# EXHIBIT 1

Subj: **Re: STATS ChipPAC Ltd., et al. adv. Sahakian**
Date: 2/10/2009 12:58:50 P.M. US Mountain Standard Time
From: Eric.Dowell@OgletreeDeakins.com
To: Strojnik@aol.com
CC: d_sahakian@yahoo.com, pksesq@aol.com, Caroline.Larsen@OgletreeDeakins.com

Peter:

You don't get it. I will not be appearing in your office this Friday. I have no desire to eat with you or otherwise "socialize" with you. We can meet and confer by telephone this Friday at 9:30 a.m.

Eric

---

**From:** strojnik <strojnik@aol.com>
**To:** Dowell, L. Eric
**Cc:** d_sahakian@yahoo.com <d_sahakian@yahoo.com>; pksesq <pksesq@aol.com>; Larsen, Caroline
**Sent:** Tue Feb 10 14:30:35 2009
**Subject:** Re: STATS ChipPAC Ltd., et al. adv. Sahakian

Counsel:

I do not understand your reluctance to meet at my office, nor do I understand your desire to eat while we work. We will meet in my office because all agreements we reach will be documented before you leave. We will leave nothing unresolved. We need to get this case ready for trial. I must get information from you and you must get information from me. Computers - not pizza - are needed for this endeavor.

At the same token, I have previously invited both you and Ms. Larsen for a social breakfast at the Good Egg at my expense. My invitation remains open. See you Friday at 9:30 in my office.

Thank you.

Peter Strojnik
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.