# EXHIBIT 2

| | |
|---|---|
| Subject: | **RE: Sahakian v. STATS** |
| From: | "Dowell, L. Eric" |
| Date | Friday, January 23, 2009 12:59 PM |
| To: | strojnik@aol.com |

the man is certifiable.

---

**From:** strojnik [mailto:strojnik@aol.com]
**Sent:** Friday, January 23, 2009 12:54 PM
**To:** Larsen, Caroline; Dowell, L. Eric
**Cc:** pksesq@aol.com; Diane Sahakian
**Subject:** Sahakian v. STATS

Dear Ms. Larsen and Mr. Dowell:

Please see the attached 1st Amended Notice of Deposition. The original has been e-filed moments ago.

Peter Strojnik
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

---

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**