# EXHIBIT 3

9316 Raintree Drive                **C. BRADY WILSON, PH.D.**                Phone (480) 778-0202
Suite 130                          PSYCHOLOGIST • CONSULTANT                 FAX (480) 778-0204
Scottsdale, Arizona 85260                                                    cbradywilson@yahoo.com

CURRICULUM VITAE

## PART I. PERSONAL DATA

A.   Name:        Charles Brady Wilson

B.   Education:

| Degree | University | Year |
|--------|-----------|------|
| Ph.D. | Boston University Graduate School | 1978 |
| Th.M. | Boston University School of Theology | 1973 |
| B.A. | Anderson University | 1970 |

C.   Clinical Training

1974 - 1976      Two year pre doctoral internship
                 Judge Baker Guidance Center Brookline, Mass.

1975 - 1976      One year pre doctoral internship
                 Albert V. Danielson Counseling Center
                 Boston University, Boston, Mass.

1976 - 1979      Two Year Post Doctoral Internship
                 Interfaith Pastoral Counseling Service
                 Scottsdale, Arizona

D.   Scholarships, Fellowships and Awards:

1995      Karl F. Heiser Award - Presented by the
          American Psychological Association

1995      Presidential Citation, Arizona Psychological Association

1993      Presidential Citation, Arizona Psychological Association

1989      Certificate of appreciation, Scottsdale Psychological Society

1975 - 1976      Albert V. Danielson Fellow
                 Boston University Graduate School

1973 - 1976      Graduate Teaching/Research Fellowship
                 Boston University Graduate School

E.    Licensure:

  1985          Licensed as a Psychologist in the State of Arizona, # 1213

F.    Professional Experience:

  1980 - Present    Psychologist, Consultant in Private Practice in Scottsdale, Arizona. Practice based upon direct and professional referrals from physicians, corporations and attorneys. General psychological practice with specialties in psychological assessment, social/psychological assessment of toxic environments, brief therapy and acute psychological care, fitness for work evaluations, occupational forensic psychology, industrial medicine and litigation support for civil and criminal proceedings.

  2006    Present    Vice President and Director of Research and Development for Advanced Psychological Examinations, LLC

  1999 - Present    Co-founder; Wilson & Ellis Consultants, and Research Specialists, LLC. Consultants to Business and Industry on Organizational Communication, Organizational Development, Industrial and Organizational Psychology, Focus Group and Market Research

  1994 - 1999          President, PsyNet, An IPC psychologist panel providing assessment and intervention to business and health service purchasers including Mayo Clinic, Arizona.

G.    Forensic Experience:
  Has provided expert testimony on injury induced stress disorders, professional standards, sexual harassment, discrimination and hostile environment elements in civil proceedings, in County, Superior Court and U.S. District court, by deposition, affidavit and written report

H.    Consulting:
  Has provided consultation to business and industry on risk reduction through policy capturing, employee screening, selection and training approaches. Has provided training to attorneys, USEEOC investigators, and Human Resource Professionals on Workplace Dynamics, Sexual Harassment and Discrimination, and Distress Claims. Has provided in-service training to physicians on acute and chronic stress, work related injury claims. Has provided consultation to and litigation support to attorneys and law firms in the determination of class certification, determination of claim status, sexualization of work environments, and other opinion issues in employment litigation.

I.    Memberships:    Member American Psychological Association
       Member American Psychology - Law Society
       Member Arizona Psychological Association
       Member Society for Industrial and Organizational Psychology

J.    Additional and Continuing Education:
       Personal Injury Evaluations; Ethics, Practice & Case Law
       Assessment of Response Style in Forensic Contexts
       Developmental Pathways to Antisocial and Aggressive Behavior
       Psychological Independent Medical Evaluations: Clinical, Ethical & Practical Issues
       Mental Health Expert Training, Superior Court of Arizona
       Brewing a Jury: Scientific & Practical Perspectives
       Treating PTSD: Cognitive Behavioral Strategies
       Critical Incident Stress Debriefing for Mental Health Clinicians
       Consultation to Corporations and Business
       Violence and Criminality

PART II.      CONSULTING

    1.    The Boeing Company, Mesa, Arizona Rotorcraft Division - Cultural
        Assessment
            One year contract to assess for gender/minority status as it relays to
            management practices.

    3.    Virgo Publishing, Inc. - Management Selection
            Made assessment of existing Management for efficient factors -
            designed assessment process for new Management Candidates

    4.    Three Five Systems - Management Selection
            Pre Employment Screening of potential Management Candidates

    5.    Motorola Phoenix - Efficiency Training (10X Coordination)
            Provided selection/identification process for Management

    6.    USEEOC - Keynote Address - Responding to Harassment Claims

    7.    Arizona Law Center - Sexual Harassment Training

    8.    Intermountain Health Care (Salt Lake City) - Diversity and Gender Role
        Training

    9.    Virgo Publishing, Inc. - Executive Coaching and In-House Consultation

    10.   Arizona Law Enforcement Coordinating Committee - Responding to
        Harassment Complaints

    11.   CALMAT - Risk Reduction
            Risk Assessment for Management

    12.   USEEOC - Skills Training / Risk Reduction in the Employment Setting

PART III.     ACCOMPLISHMENTS

A.    Evidence of Publications and Presented Creative Endeavors:

Publications

    1.    "The Role of the Psychologist in Civil Proceedings". Published by the Arizona Bar,
        AZBA Proceedings. Invited address Presented to the Arizona Bar Association, 1994

    2.    "U.S. Businesses Suffer from Workplace Trauma", The Personnel Journal, Vol. 70 (7),
        July, 1991,

    3.    "Privileged Communications", Arizona Issues: Perspectives for Arizona Women, Vol. 1,
        (1), 1994.

Other Publications and Unpublished Works

    1.    "A Clinical Consideration of Psychic Workplace Stress; The Cumulative Effects
        of Employment Induced Psychological Strain"

    2.    "The Heuristics of Attributional Search and Examiner Bias in the Determination of
        Emotional Distress Claims"

Presentations/Courses
To the Academic Community

    1.    University of Phoenix "Assessment and Treatment of Trauma and Stress Disorders"

    2.    Arizona State University - MBA for Executives Program "Risk Reduction for Sexual
        Harassment and Related Issues"

    3.    Arizona State University - MBA for Executives Program Distinguished Guest Lecturer;
        "Diversity in the Workplace"

4.   Arizona State University - School of Architecture   "Environmental cues and Architectural Science"

5.   Adjunct Faculty, Union School of Professional Psychology

6.   Adjunct Faculty, Arizona State University

To the Legal Community

1.   "Stress: The Next Disability: What it means under ADA Worker's Comp. Sorting through Stress Claims" Law Seminars International.

2.   "Plaintiff Characteristics in Employment Law", Presentation to NELA (National Employment Lawyers Association), American Bar Association.

3.   "Conducting Sexual Harassment Investigations: Avoiding False Negatives and False Positive", Training provided to the United States Equal Employment Opportunity Commission in Phoenix, AZ.

4.   United States Equal Employment Opportunity Commission - Training to Attorneys & Investigators "Sex-Role Stereotyping, Gender Differences, and Wrong Assumptions in Employment Investigations"

5.   Arizona Bar Association, 1998 "The Psychologist Role as Plaintiff's Expert"

6.   Arizona Bar Association, 1996 "The Psychologist Role in Employment Litigation"

7.   Legal Education Institute Training for Attorneys, "The expert Witness in Employment Litigation; Role Issues, Current Research and Case Law Summary"

8.   American Bar Association - NELA "Sensitivity to Evolving Gender Issues and Roles in the Workplace"

9.   Arizona Bar Association, 1994 "The Psychologist/Consultant's Role in Civil Suits; Examiner, Expert, Opinion"

10.   Department of Public Safety Policy Planners; the Las Vegas, Nevada Police Academy and Training Cent "Writing Policy to Prevent Sexual Harassment in Conventionally Male Professions"

11.   Phoenix District Office USEEOC' Park City Skills Training - Keynote Speaker "Sexual Harassment Dynamics and ADA Reasonable Accommodation"

12.   Legal Education Institute - Using the Psychologist as Expert

To the Psychological Community

1.   Arizona Psychological Association - Mock Trial and Psychologist Training for Adversary Process

2.   Arizona Psychological Association "Post Traumatic Stress Disorder and other Trauma and Stress Reactions: DSM-IV Developments and Related Issues"

3.   California Psychological Association "PostTraumatic Stress Disorder: Directions in the evaluation of Trauma and Stress Reactions"

    4.    New Mexico Training Institute "Post Traumatic Stress Disorder and other Trauma and Stress Reactions: DSM-IV Developments and Related Issues"

To the Medical Community

1. Mayo Clinic Scottsdale, Internal Residents Program, Grand Rounds, "Gender Differences and the Practice of Medicine"

2. St. Lukes Hospital, Behavioral Health unit, "DSM-IV and New Development regarding Stress and Trauma Disorders"

3. St. Josephs Hospital, Family Practice Residents Program, "Diagnosis and Screening for Stress and Depressive diagnoses among High Medical Utilizers"

4. Scottsdale Samaritan Behavioral Health Center, Public Information Program, "Organizational Specific Stress related Symptoms and Symptom Presentation"

5. Mayo Clinic Scottsdale, Internal Residents Program, Grand Rounds, "Avoiding the New Sexual Harassment Case: Implicit Sexual Contact in the Medical Setting"

6. St. Josephs Hospital, Family Practice Residents Program, "Physician Burnout"

7. Scottsdale Samaritan Behavioral Health Center, Staff Workshop, "Workplace Violence"