NORTHEAST REGIONAL
JUSTICE COURTS
FILED

2008 MAY -7 PM 3: 34

**McDowell Mountain Justice Court/AZ007053J/0711    18380 N. 40th St    Phoenix, AZ 85032**

| Karen Chu **Plaintiff** | Eric Gongora **Defendant** | **Case No.** CC2008095701 |
|---|---|---|
| Birth Date: 1/22/1972 | 1705 W. Western Star Blvd. Address Phoenix, AZ 85041 City, State, ZIP Code | **PETITION for** [X] Order of Protection [ ] Injunction Against Harassment [ ] Workplace Injunction |

**DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.**

1. Defendant/Plaintiff Relationship: [X] Married now or in the past [X] Live together now or lived together in the past,

   [ ] Child in common [ ] One of us pregnant by the other [ ] Related (Parent, In-law, Brother, Sister or Grandparent) [ ] Dating-never lived together
   [ ] Other:

2. [ ] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in _____.

   Case #:_____

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order?
   [ ] Yes   [X] No   [ ] Not sure

   If yes or not sure, explain:

4. I need a Court Order because:

   | Date(s) | Describe what happened |
   |---|---|
   | 05/03/2008 | Defendant pushed me on to the floor several times. He repeatedly told me that I'm an actress and that I should win an award. As I was leaving he tried to hold me in a patronizing way. I asked him to get away from me, so I pushed him away. He then said he got hurt and grabbed his gym bag and slammed it on the floor right next to me. |
   | 4/19/2008 | Approximately on 4/19/2008 or 4/26/2008 Defendant was angry because I arrived late from a business lunch. He was angry that I called my mother rather than him. Defendant told me to come straight home and then called my mom several times. He left me several messages saying "you better not go and come home". December 8, 2007** I was in the shower and he cut the main water line. He then sat there and watched me shower through the glass in a patronizing way. He blocked the door and took my car keys so I would not go to our company christmas party. He pushed me on the dog gate and that collapsed. I then fell to the floor and had a six inch bruise on my right thigh. I managed to get my keys and get into the car but I could not open the garage door due to him some how locking the garage door so I would not get out. |
   | 4/20/2008 | Approximately on the 20th or the 27th of April. Defendant was driving very aggressively going through two stop signs without stopping. I was very afraid. He was involved in altercation with another vehicle about 1 inch away from each other. He drove the other vehicle off the highway, all of this with my mom, brother and I in the vehicle. 02/23/2008 ** He pushed me to the floor several times and I went flying accross the room. He was laughing at me and telling me that I'm an actress. He pushed an |

ottoman at me and it hit my leg and scraped my left knee. He grabbed my face and neck and called me cunt.

Effective: January 2007

Case No. CC2008095701

**McDowell Mountain Justice Court/AZ007053J/0711    18380 N. 40th St    Phoenix, AZ 85032**

5. The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them:
Diane Yee (4/1/1935)

6. Defendant should be ordered to stay away from these locations, at all times, even when I am not present:

[X] Home: 8813 S. 51st Street, #2, Phoenix, AZ 85044;
[X] Work: Small Smile of Phoenix: 5115 W. Thomas Rd., Phoenix, AZ 85031;
[ ] School/Others:

7. [ ] If checked, because of the risk of harm, order the defendant NOT to possess firearms or ammunition.

8. [ ] If checked, request an order for the Defendant to participate in domestic violence counseling or other counseling.

9. Other:

**Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.**

_____        Attest: _____ 5/7/2008
Plaintiff                                  Judicial Officer / Clerk / Notary        Date

I hereby certify that this is a true and correct copy of the original on file.

_____ 3-9-09
Clerk                Date

**TRIAL COURTS OF ARIZONA IN MARICOPA COUNTY**
McDowell Mountain Justice Court/AZ007053J/0711    18380 N. 40th St    Phoenix, AZ 85032

| ORDER OF PROTECTION | Case No. CC2008095701000 |
|---|---|
| [ ] Amended Order | Court ORI No. AZ007053J |
| | County: Maricopa    State: AZ |
| | Former Case No. |

**PLAINTIFF**
Karen / Chu
First / Middle / Last

**PLAINTIFF IDENTIFIERS**
1/22/1972
Date of Birth of Plaintiff

And on behalf of minor family member(s) and other Protected Person(s):
Diane Yee

**V.**

**DEFENDANT**
Eric / I. / Gongora
First / Middle / Last

Defendant/Plaintiff Relationship:
Defendant's Address:

1705 W. Western Star Blvd.
Phoenix, AZ 85041

**CAUTION:** [ ] Weapon Alleged in Petition
[ ] Estimated Date of Birth

**DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| Male | Hispanic | 12/13/1969 | 5' 11" | 185 |
| EYES | HAIR | *Arizona Prohibits Release of Social Security Numbers* | | |
| Brown | Brown | | | |
| DRIVER'S LICENSE # | | STATE | EXP DATE | |
| B14862004 | | AZ | 12/13/2034 | |

Distinguishing Features/Alias: N/A

**WARNINGS TO DEFENDANT:** This Order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial or tribal boundaries to violate this Order may result in federal imprisonment (18 U.S.C. § 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C § 922(g)(8)). **Only the Court in writing, can change this Order.**
**This Order is effective one year from date of service. VERIFY VALIDITY (call Holder of Record):**

**THE COURT HEREBY FINDS:**
   That it has jurisdiction over the parties and subject matter.
[ ] Defendant received actual notice of this Hearing and had an opportunity to participate.
   **Additional warnings are set forth on the next page(s).**
**THE COURT, FINDING REASONABLE CAUSE, HEREBY ORDERS:**

**NO CRIMES.** Defendant shall not commit any crimes against Plaintiff or Protected Person(s).

[X] **NO CONTACT.** Defendant shall have no contact with **Plaintiff** except through attorneys, legal process, court hearings and as checked:[X] Phone  [X] Email/Fax  [ ] Mail  [ ] Other:

[X] **NO CONTACT.** Defendant shall have no contact with **Protected Person(s)** except through attorneys, legal process, court hearings and as checked:[ ] Phone   [ ] Email/Fax   [ ] Mail  [ ] Other:

**THE COURT FURTHER ORDERS:**

[ ] **RESIDENCE.** Plaintiff is granted exclusive use and possession of the residence listed below.

[ ] **LAW ENFORCEMENT STANDBY.** Defendant may return once with law enforcement officer to obtain necessary personal belongings. Neither law enforcement nor this protective order can resolve conflicts over property, title, furniture, finances, real estate, or other ownership issues.

**PROTECTED LOCATIONS.** Defendant shall not go to or near the Plaintiff's or other Protected Person's:
[X] Residence:
- 8813 S. 51st Street Unit #2; Phoenix, AZ 85044

[X] Workplace:
- Small Smile of Phoenix: 5115 W. Thomas Rd., Phoenix, AZ 85031

[ ] **FIREARMS.** Because Defendant poses a credible threat of bodily injury to Plaintiff or Protected Person(s), Defendant shall not possess, receive, or purchase firearms of ammunition and shall surrender same within 24 hours of service to:

**OTHER ORDERS.**

| 5/7/2008 | | TOM FREESTONE |
|---|---|---|
| Date | Judicial Officer | Printed Name |

**WARNING:**
This is an official Court Order. If you disobey this Order, you will be subject to arrest and prosecution for the crime of interfering with judicial proceedings and any other crime you may have committed in disobeying this Order.

**ADDITIONAL WARNINGS TO DEFENDANT:**
Violations of this Order should be reported to a law enforcement agency, not the court. Both parties must notify this Court if an action for dissolution (divorce), separation, annulment or paternity/maternity is filed. This is NOT a parenting time (visitation) or custody order. You must file those requests separately in Superior Court. If you disagree with this Order, you have the right to request a hearing which will be held within 5 to 10 business days after your written request has been filed in the Court that issued this Order. Nothing Plaintiff does can stop, change, or undo this Order without the Courts written approval. You must appear in Court to ask a judge to modify (change) or quash (dismiss) this Order. **Even if the Plaintiff initiates contact, you could be arrested and prosecuted for violating this protective order. If you do not want the Plaintiff to contact you, you have the right to request a protective order against the Plaintiff.**

I hereby certify that this is a true and correct copy of the original on file.

Clerk    3-9-09    Date