IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATS ChipPAC, INC., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation,<br><br>　　　　　　　　　　Defendants. | No. 2:08-cv-0241-HRH |

O R D E R

Motion for Reconsideration

The Stats defendants' Motion for Reconsideration[1] is denied.

Plaintiff shall consider the Motion for Reconsideration to be the Stats defendants' request for copies of documents obtained on the basis of the court's order of March 18, 2009.[2]

---

[1]　　Docket No. 98.

[2]　　Docket No. 97.

-1-

The order of March 18, 2009 shall not be deemed to preclude counsel for Stats from examining deponents on the basis of their own personnel or other records obtained from Amkor.

DATED at Anchorage, Alaska, this <u>19th</u> day of March, 2009.

<u>/s/ H. Russel Holland</u>
United States District Judge