1  L. Eric Dowell, SBN 011458
2  Caroline K. Larsen, SBN 022547
   Monique D. Young, SBN 025121
3  Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
   2415 East Camelback Road, Suite 800
4  Phoenix, Arizona 85016
5  Telephone:  (602) 778-3700
   Facsimile:   (602) 778-3750
6  Eric.Dowell@ogletreedeakins.com
   Caroline.Larsen@ogletreedeakins.com
7  Monique.Young@ogletreedeakins.com
8  Attorneys for Defendants STATS ChipPAC, Inc.
   and STATS ChipPAC, Ltd.

9

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>　　　　　　　Defendants. | CV08-241-PHX-HRH<br><br>**AMENDED NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF DIANE SAHAKIAN** |

21　　　**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 35, Federal Rules of
22  Civil Procedure, Plaintiff will appear for an independent medical examination at the time
23  and place stated below, pursuant to the Court's Order dated March 16, 2009 (Doc. No.
24  96).

25　　　**PERSON TO BE EXAMINED:**　　　Diane Sahakian

26　　　**DATE AND TIME OF EXAMINATION:**　Friday, April 10, 2009
27　　　　　　　　　　　　　　　　　　　　　　　at 9:30 a.m.

**PLACE OF EXAMINATION:**     Office of C. Brady Wilson, Ph.D.
9316 East Raintree, Suite 130
Scottsdale, Arizona 85260

DATED this 25th day of March, 2009.

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.


          By:s/Caroline K. Larsen
             L. Eric Dowell
             Caroline K. Larsen
             Monique D. Young
             2415 East Camelback Road, Suite 800
             Phoenix, Arizona 85016
             Attorneys for Defendants STATS ChipPac,
             Inc. and STATS ChipPAC, Ltd.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012
Attorney for Plaintiff


s/Debra A. Irwin


6924586.1 (OGLETREE)