1  L. Eric Dowell, SBN 011458
2  Caroline Larsen, SBN 022547
   Monique Young, SBN 025121
3  Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
   2415 East Camelback Road, Suite 800
4  Phoenix, Arizona 85016
5  Telephone:   (602) 778-3700
   Facsimile:    (602) 778-3750
6  Eric.Dowell@ogletreedeakins.com
   Caroline.Larsen@ogletreedeakins.com
7  Monique.Young@ogletreedeakins.com
8
   Attorneys for Defendants STATS ChipPAC, Inc.,
9  and STATS ChipPAC, Ltd.
10

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>　　　　　　　Defendants. | CV08-241-PHX-HRH<br><br>**NOTICE OF CONTINUED VIDEOTAPED DEPOSITION OF PLAINTIFF DIANE SAHAKIAN**<br><br>(Assigned to the Hon. H. Russel Holland) |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, Defendants STATS ChipPAC, Inc. and STATS ChipPAC Ltd. will take the deposition of the Plaintiff, upon oral examination, using stenographic and video means, at the time and place stated below before an officer authorized by law to administer oaths:

**PERSON TO BE EXAMINED:**　　　Plaintiff Diane Sahakian

**DATE AND TIME OF EXAMINATION:**　　　April 9, 2009 at 1:00 p.m.

**PLACE OF EXAMINATION:**      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

DATED this 25th day of March 2009.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: s/ Caroline Larsen
   L. Eric Dowell
   Caroline Larsen
   Monique Young
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Attorneys for Defendants STATS ChipPAC, Inc., and STATS ChipPAC, Ltd.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012

Marty Herder
Arizona Litigation Support
3788 E. Libra Place, #10
Chandler, AZ. 85249

K-Video
3241 E. Shea Blvd., Suite 7
Phoenix, AZ 85028

 s/ Debra A. Perkins

7147087.1 (OGLETREE)