**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA ON HAN BYUNG JOON** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on March 25, 2009, Plaintiff in the above-captioned matter served a Civil Subpoena on Han Byung Joon, care of Eric Dowell, requiring his attendance for deposition and for the production of documents and things on May 1, 2009 at 9:00 a.m. (Ex. 1)

DATED this 26th Day of March, 2009

THE LAW FIRM OF PETER STROJNIK

_____
Peter Strojnik

-1-