| | |
|---|---|
| Subj: | **RE: Sahakian v. STATS** |
| Date: | 3/16/2009 3:48:02 P.M. US Mountain Standard Time |
| From: | Eric.Dowell@OgletreeDeakins.com |
| To: | strojnik@aol.com, Caroline.Larsen@OgletreeDeakins.com |
| CC: | pksesq@aol.com, d_sahakian@yahoo.com |

Dear Counsel:

According to our clients, Mr. Carson, Mr. Koon and Mr. Palar do not have any plans to travel to Phoenix Arizona anytime between now and the close of discovery in this case. The company has been affected by the downturn in the economy and has scaled back employee travel. If you like, you can use our San Francisco office to depose Mr. Carson. The office is about 40 minutes from Fremont California. Dr. Han is expected to return to the United States between April 30 and May 4, 2009, and again in June, 2009. He likely would be available during one of those times, if we schedule it soon. As for your amendment to the Rule 30(b)(6) Notice, I prefer that you re-issue a complete amended Notice, since the notice is the subject of a current discovery dispute and motion before the court.
Good day
Eric Dowell

---

**From:** strojnik [mailto:strojnik@aol.com]
**Sent:** Wednesday, March 11, 2009 11:24 AM
**To:** Dowell, L. Eric; Larsen, Caroline
**Cc:** pksesq@aol.com; Diane Sahakian
**Subject:** Re: Sahakian v. STATS

Dear Counsel:

Thank you for clarifying the domiciles of these individuals. It is our understanding that BJ Han, Tan Lay Koon, and Cindy Palar each come to Phoenix on a quarterly basis. We would ask you to confirm with STATS the next time these individuals come to Phoenix, and we can depose them then at our office then.

We would also prefer to take the deposition of Flynn Carson in Phoenix when, and if, he travels to Phoenix to conduct business here. Obviousy, if he does not, then we will take in Fremont. Does your firm maintain an office in the area?

We would also like to add the following to the Description Of Matters For Examination in the First amended Notice of Rule 30 (b)(6) Deposition of STATS:

"Knowledge, whether based on hearsay or direct knowledge, on the part of BJ Han, Cindy Palar, Tan Lay Koon and any other person in management capacity of any of the Defendants regarding any of the following matters:

1. Hostile actions directed to Plaintiff relating to Plaintiff's Hostile Environment claim. *Cutrona v. Sun Health Corp.*, No. CV 06-2184-PHX-MHM (D.Ariz. 09/26/2008); and

2. Hostile comments in the workplace about other protected groups by the management relating to Plaintiff's Hostile Environment claim. *Madani v. BHVT Motors, Inc.*, 2006 WL 1127149 (D.Ariz. 2006) (BROOMFIELD, J.) ("an employee can establish a violation of Title VII even if she was not the direct target of the hostility, or the racially charged words were not directed at her." (Dkt. #113, p.5); and

3. Hostile comments about other groups by co-workers relating to Plaintiff's Hostile Environment claim. *Jackson v. ABC Nissan, Inc.*, No. CV-03-0563-PHX-SMM (D.Ariz. 08/04/2006)

Please let me know whether you will require us to reissue the 1st Notice of Deposition to include these new matters.

Thank you in advance for your courtesy.

Peter Strojnik
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135