Subj: **RE: Sahakian v. STATS**
Date: 3/16/2009 6:16:58 P.M. US Mountain Standard Time
From: Eric.Dowell@OgletreeDeakins.com
To: PksEsq@aol.com
CC: Strojnik@aol.com, Caroline.Larsen@OgletreeDeakins.com

Peter:

It is my understanding that neither Mr. Koon nor Mr. Palar have any plans to travel to the United States anytime soon and certainly not before the close of discovery in this case. Also, I understood that Dr. Han will be available in Arizona. Regardless, we will work with his schedule and yours to make this as convenient as possible. I will check on the dates you requested.
Eric

---

**From:** PksEsq@aol.com [mailto:PksEsq@aol.com]
**Sent:** Monday, March 16, 2009 4:00 PM
**To:** Dowell, L. Eric
**Cc:** Strojnik@aol.com
**Subject:** Re: Sahakian v. STATS

Thank you. I ask that you clarify a few points: First, your email states that Mr. Koon and Mr. Palar have no plans to travel to Arizona. Do they have plans to travel to California? Second, you state that Dr. Han will be visiting the States in April and June. Will he be visiting Arizona or California? Whatever the case may be, we are available for Dr. Han's deposition between April 30 and May 4, 2009. Please advise of your available dates.

As for Mr. Carson, I will advise tomorrow whether we will take advantage of your offer to depose Mr. Carson in Ogletree's City office.

I will get you the Amended Notice soon. On a separate note, can you please not Reply All on response emails. Ms. Sahakian was CC'd on your last email. Thanks in advance.

Peter K.

In a message dated 3/16/2009 3:48:02 P.M. US Mountain Standard Time, Eric.Dowell@OgletreeDeakins.com writes:

> Dear Counsel:
> According to our clients, Mr. Carson, Mr. Koon and Mr. Palar do not have any plans to travel to Phoenix Arizona anytime between now and the close of discovery in this case. The company has been affected by the downturn in the economy and has scaled back employee travel. If you like, you can use our San Francisco office to depose Mr. Carson. The office is about 40 minutes from Fremont California. Dr. Han is expected to return to the United States between April 30 and May 4, 2009, and again in June, 2009. He likely would be available during one of those times, if we schedule it soon. As for your amendment to the Rule 30(b)(6) Notice, I prefer that you re-issue a complete amended Notice, since the notice is the subject of a current discovery dispute and motion before the court.
> Good day
> Eric Dowell

---

**From:** strojnik [mailto:strojnik@aol.com]
**Sent:** Wednesday, March 11, 2009 11:24 AM
**To:** Dowell, L. Eric; Larsen, Caroline
**Cc:** pksesq@aol.com; Diane Sahakian
**Subject:** Re: Sahakian v. STATS

Dear Counsel:

Thank you for clarifying the domiciles of these individuals. It is our understanding that BJ Han, Tan Lay Koon, and Cindy Palar each come to Phoenix on a quarterly basis. We would ask you to confirm with STATS the next time these