Subj: **Sahakian v. STATS - Additional Depositions**
Date: 3/18/2009 1:23:39 P.M. US Mountain Standard Time
From: PksEsq
To: eric.dowell@ogletreedeakins.com
CC: caroline.larsen@ogletreedeakins.com, Strojnik

Counsel:

We plan on deposing the persons below. Can you please identify which of the following persons are currently employed by STATS, and whether you will accept service of subpoenas for them:

1) GS Kim
2) Raj Pendse
3) Adrian Murphy
4) Harry Chandra
5) Mukul Joshi
6) Meenaskshi Padmanathan

Also and just as a follow up, we are waiting for the available dates for Dr. Han. Thank you.

Peter K. Strojnik, Esq.
THE LAW FIRM OF PETER K. STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
Mobile: 408-655-0984

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Great Deals on Dell 15" Laptops - Starting at $479