Subj:    **RE: Han, Almeida, Huang, Koon**
Date:    3/28/2009 1:43:03 P.M. US Mountain Standard Time
From:    Eric.Dowell@OgletreeDeakins.com
To:      strojnik@aol.com, pksesq@aol.com
CC:      Caroline.Larsen@OgletreeDeakins.com

Peter and Peter:

Dr.Han is traveling to the United States on the first of May, but he is doing so pursuant to a preexisting itinerary specifically for company business. He does not have time in his schedule to be deposed on April 30 or May 1. As such, we explored alternative dates with him. As I mentioned, Dr. Han will be back in the U.S. in June and he can be deposed on that trip. We are willing to stipulate to allow his deposition to be taken past the discovery cutoff, if you wish to depose him in June in the U.S. If you don't wish to do that, then Dr. Han may be deposed in Singapore. If that is what you wish to do, let me know and I'll get his availability. Thanks.
Eric

---

**From:** strojnik [mailto:strojnik@aol.com]
**Sent:** Friday, March 27, 2009 11:47 AM
**To:** Dowell, L. Eric; pksesq@aol.com
**Cc:** Larsen, Caroline
**Subject:** Re: Han, Almeida, Huang, Koon

Dear Counsel:

I am sure you have noted that the deposition of Dr. Han is actually scheduled on May 1, 2009, at your request. Please disregard the reference to April 30.

Peter Strojnik
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

In a message dated 03/27/09 11:43:41 US Mountain Standard Time, strojnik writes:

> Dear counsel:
>
> We scheduled Dr. Han's deposition for April 30 at your request. You specifically indicated that Dr. Han would be in Phoenix on April 30, and you specifically agreed to accept service of the subpoena on his behalf. Please specify why Dr. Han is suddenly unavailable on April 30 in light of your previous statement that he would be available, and in light of your acceptance of the service of the subpoena.
>
> On the matter of Cindy Palar and Tan Lay Koon, please provide us several dates between now and the discovery cutoff date for their depositions. We are presently reviewing the logistics of a deposition by videoconference; if the logistics do not work, we will depose them in the US Embassy in Singapore.
>
> Peter Strojnik
> **PETER STROJNIK, P.C.**
> 3030 North Central Avenue, Suite 1401