**Subj:** **RE: Han, Almeida, Huang, Koon**
**Date:** 4/1/2009 9:12:53 A.M. US Mountain Standard Time
**From:** Eric.Dowell@OgletreeDeakins.com
**To:** PksEsq@aol.com, Strojnik@aol.com
**CC:** Caroline.Larsen@OgletreeDeakins.com, Monique.Young@OgletreeDeakins.com

Dear Counsel:

When Dr. Han responded to our emails as to when he would be in the U.S., I just assumed he would be available to meet with us to discuss his deposition and sit for a deposition. I did not account for his business schedule or travel when I prematurely reported to you when he would be in the U.S. Unfortunately, he cannot sit for a deposition between April 30 and May 4 and we will all need to make other arrangements. We have plenty of time to do that. I have offered to stipulate so that you may take Dr. Han's deposition in June in the U.S. after the discovery deadline. You have not responded to this offer. Also, you have indicated that you intend to take the depositions of Tan Lay Koon and Cindy Palar at the U.S. Embassy in Singapore and we are exploring dates when they are available. We can do the same for Dr. Han. You have several viable options for Dr. Han's deposition. Please do not be unreasonable in working with us to schedule his deposition and please avoid the juvenile insults you repeatedly make about our clients. Please let me know what you would like to do. Thanks and have a good day.
Eric

---

**From:** PksEsq@aol.com [mailto:PksEsq@aol.com]
**Sent:** Saturday, March 28, 2009 2:16 PM
**To:** Dowell, L. Eric; Strojnik@aol.com
**Cc:** Larsen, Caroline
**Subject:** Re: Han, Almeida, Huang, Koon

Counsel:

You have already said that Dr. Han will be here between April 30 and May 4. As a courtesy, we repeatedly requested his available dates with no response. We therefore set the deposition for May 1. Now, it seems to be STATS' position that Dr. Han's business meetings take priority over issued Subpoenas in United States federal courts. This is unacceptable and conspicuously demonstrates what Mr. Daniels has said: STATS has no concern for American law or customs.

We are still willing to work with the original April 30 - May 4 dates. We anticipate Dr. Han's deposition will take 7 hours. Pick a day within those dates - whether weekend, night or day - and we will be there. Provide the date and time by this Monday at 5:00 p.m. If no response is forthcoming, we shall seek an Order compelling Dr. Han's attendance on May 1. Good day.

Peter K.

---

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**