**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation.<br><br>Defendants. | NO. 2:08-cv-241-PHX-HRH<br><br>**NOTICE OF SERVICE OF SUBPOENA AND RULE 30(B)(6) NOTICE OF DEPOSITION OF NON-PARTY AMKOR TECHNOLOGY, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff has served a Subpoena and Rule 30(b)(6) Notice of Deposition on Amkor Technology, Inc., care of its registered agent Corporation Service Company, on the date below written for the deposition of and production of documents from Amkor Technology, Inc. (Ex. 1). The deposition shall take place on April 20, 2009 at 9:00 a.m.

1

2
    DATED this 2nd Day of April, 2009.

3

4

5
                        THE LAW FIRM OF PETER STROJNIK

6

7
                        Peter Kristofer Strojnik
                        Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25