**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **NOTICE OF SERVICE OF AMENDED SUBPOENA AND NOTICE OF CONTINUED DEPOSITION OF ERIC ISRAEL GONGORA** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff has served an amended Subpoena and Notice of Continued Deposition on Eric Israel Gongora, care of Eric Dowell, Esq., on the date below written for the continued deposition of and production of documents from Eric Israel Gongora (Ex. 1). The continued deposition shall take place on May 5, 2009 at 9:00 a.m.

-1-

1  DATED this 2nd Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Kristofer Strojnik
Attorney for Plaintiff

-2-