**THE LAW FIRM OF PETER STROJNIK**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **NOTICE OF SERVICE OF AMENDED RULE 30(B)(6) NOTICE OF DEPOSITION OF STATS CHIPPAC BY VIDEORECORDING AND VERBATIM TRANSCRIPTION** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff has served an amended Rule 30(b)(6) Notice of Deposition of STATS ChipPAC on the date below written (Ex. 1). The deposition shall take place on April 27, 2009 at 9:00 a.m.

1  DATED this 2nd Day of April, 2009.

2

3

4                                              THE LAW FIRM OF PETER STROJNIK

5                                              _____

6                                              Peter Kristofer Strojnik
                                               Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25