**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **AMENDED RULE 30(B)(6) NOTICE OF DEPOSITION OF DEFENDANTS STATS CHIPPAC LTD. AND INC.** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | **BY VIDEORECORDING AND VERBATIM TRANSCRIPTION** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff in the above-entitled action shall take the FRCP 30(B)(6) deposition of STATS ChipPAC, Ltd. and Inc. as follows:

**ENTITY TO BE DEPOSED:**          STATS ChipPAC, Ltd. and Inc.

**DATE AND TIME OF DEPOSITION:**   April 27, 2009 @ 9:00 a.m.

**PLACE OF DEPOSITION:**           3030 North Central Avenue, Suite 1401

-1-

Phoenix, Arizona 85012

**MANNER OF RECORDING:**   Audio, Audiovisual and/or Stenograph

NOTICE IS FURTHER GIVEN that the matters for examination of Amkor Technology, Inc. are as follows:

(1) STATS' organization, factories, offices and customers;
(2) STATS' financial condition;
(3) The pre-hiring due diligence of the following current and past employees of STATS:
    a. Eric Israel Gongora
    b. Scott Gooch
    c. Brett Dunlap
    d. Scott Jewler
(4) Investigation of the incident that occurred on or about April 9, 2007 involving Diane Sahakian during which a person placed ketchup on her desk chair, which is commonly known as the "ketchup incident";
(5) Internet browser history of Eric Israel Gongora for computers to which Gongora had and has access to at STATS;
(6) Scott Jewler's communication to STATS management about the Eric Israel Gongora and the reasons for Gongora's termination from Amkor Technology, Inc.;
(7) Complaints, investigations, and disciplinary actions, whether written or verbal, involving Eric Israel Gongora;
(8) Eric Israel Gongora's employment record at STATS;
(9) Complaints, investigations, and disciplinary actions, whether written or verbal, involving Diane Sahakian;
(10) Diane Sahakian's employment with STATS;
(11) Eric Israel Gongora's employment with STATS;
(12) The differences in duties Diane Sahakian had between her title as Vice President as head of Emerging Techologies and her title as "special project", which said "special project" title was given to her on or about August 14, 2007;
(13) The number of persons Diane Sahakian managed as Vice President as head of Emerging Technologies, and the number of persons Diane Sahakian managed while she had the title of "special project", which said "special project" title was given to her on or about August 14, 2007;
(14) A description of purpose of the "special project" Diane Sahakian was given on or about August 14, 2007, which shall include, but not be limited to, a description of the "end game" of the "special project" and how the "special project" would benefit Diane Sahakian in her employment at STATS and STATS as a company. *Please note, Plaintiff reserves the right to have present at this deposition a person with expertise in the fields of semiconductor solutions as it relates to market demand,*

*packaging services, test services, wafer bumping services, and market technology, e.g. the 3Cs computing, communication, and consumer;*

(15) Use of STATS company computers by Eric Israel Gongora, Scott Gooch, and Brett Dunlap for personal use including access to pornographic websites.

DATED this 2nd Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Kristofer Strojnik
Attorney for Plaintiff