### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DIANE SAHAKIAN | v. | STATS ChipPAC, INC., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   2:08-cv-0241-HRH |
| Deputy Clerk | | Official Recorder |
| ----- | | ----- |

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Counsel for plaintiff moves for an order to compel attendance at a deposition (Docket No. 106), and has requested expedited consideration. The court will take up the motion to compel on an expedited basis.

Upon receipt of this minute order, counsel for the parties shall confer and arrange with the court's judicial assistant (Marty Stafford: 907.677.6252) for a telephonic conference at a time convenient to all during the week of April 6, 2009.