**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **NOTICE OF SERVICE OF 4-7-09 SUPPLEMENTAL DISCLOSURE** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on the date below written, Plaintiff served a Supplemental Disclosure on Defendants STATS.

DATED this 7th Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Strojnik
Attorney for Plaintiff

-1-