### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

DIANE SAHAKIAN                          v.   STATS ChipPAC, INC., et al.

THE HONORABLE H. RUSSEL HOLLAND              CASE NO.   2:08-cv-0241-HRH

   Deputy Clerk                             Official Recorder

    -----                                    -----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Based upon representations that counsel will be available, an informal discovery conference is hereby scheduled for 9:00 a.m. Alaska Daylight Time (10:00 a.m. Arizona) on Thursday, April 9, 2009. Counsel for plaintiff will please take the initiative to establish a conference call to chambers (**907.677.6252**) at the foregoing time.

- 1 -