Peter Kristofer Strojnik, SBN: 026082
THE LAW FIRM OF PETER K. STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
e-mail: *pksesq@aol.com*
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. CV-08-241-PHX-HRH |
| Plaintiff, | **NOTICE OF SERVICE OF SECOND 4-7-09 SUPPLEMENTAL DISCLOSURE** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff on the date below written served on Defendant STATS a supplement disclosure – a second disclosure on April 7, 2009.

DATED THIS 7th Day of April, 2009.

**LAW FIRM OF PETER STROJNIK**

_____
Peter Strojnik

-1-