IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN, a single woman,    )
                                   )
                    Plaintiff,     )
                                   )
    vs.                            )
                                   )
STATS ChipPAC, Inc., a foreign     )
corporation; STATS ChipPAC, Ltd.,  )
a foreign corporation; TEMASEK     )
HOLDINGS PRIVATE LIMITED, a        )
foreign corporation; SINGAPORE     )
TECHNOLOGIES SEMICONDUCTORS        )
PRIVATE LIMITED, a foreign         )
corporation,                       )
                                   )   No. 2:08-cv-0241-HRH
                    Defendants.    )
_____)
```

O R D E R

Motion to Compel Attendance[1]

Plaintiff moves to compel Dr. Han to attend a May 1, 2009, videotape deposition. Plaintiff sought consideration of this motion on shortened time, and that request was granted.[2] The latter order scheduled a discovery conference for April 9, 2009, and prior to that conference the court received and considered defendants' response to plaintiff's motion to compel.[3]

The court is satisfied that Dr. Han cannot reasonably be available for a deposition in Phoenix, Arizona, on May 1, 2009.

---

[1]Docket No. 106.

[2]Docket No. 113.

[3]Docket No. 115.

Accordingly, that deposition shall be deemed postponed from May 1 to one of four alternate dates: June 11, June 12, June 18, or June 19, 2009. The subpoena that defense counsel has accepted on behalf of Dr. Han is likewise deemed to be extended so as to require Dr. Han's appearance for a videotape deposition in Phoenix, Arizona, on one of the foregoing dates. Counsel shall agree upon the precise date for this deposition and shall document their agreement with an amended notice of deposition.

Counsel for defendant will please explain to Dr. Han that his presence in Phoenix, Arizona, on one of the foregoing dates is not optional. It is required, and serious consequences are likely to follow should he fail to appear for his deposition on one of those days.

By agreement of the parties, the video conference deposition of Dr. Koon shall be rescheduled to a date not more than ten days following the date agreed upon for Dr. Han's deposition. The date for the close of all discovery (June 1, 2009) is extended to accommodate the two foregoing depositions. Otherwise, all discovery shall be completed on or before June 1, 2009. The court is unlikely to further extend that date except for exceptional circumstances.

Plaintiff's motion to compel is granted in part and denied in part, as stated above.

DATED at Anchorage, Alaska, this <u>9th</u> day of April, 2009.

/s/ H. Russel Holland
United States District Judge