L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Facsimile:   (602) 778-3750
Eric.Dowell@ogletreeeeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>             Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>             Defendants. | CV08-241-PHX-HRH<br><br>**NOTICE OF SERVICE OF DEFENDANTS STATS CHIPPAC, INC. AND STATS CHIPPAC LTD.'S RESPONSE TO PLAINTIFF'S 3-10-09 REQUEST FOR DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendants STATS ChipPAC, Inc. and STATS ChipPAC Ltd. served their Response to Plaintiff's 3-10-09 Request for Discovery to counsel for Plaintiff Diane Sahakian by U.S. mail, postage prepaid, on this date.

/ / /

/ / /

/ / /

/ / /

1   DATED this 13th day of April 2009.

2

3                                           OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.

4

5
                                            By: s/Monique Young
6                                               L. Eric Dowell
                                                Caroline Larsen
7                                               Monique Young
                                                2415 East Camelback Road, Suite 800
8                                               Phoenix, Arizona 85016
                                                Attorneys for Defendants
9

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
PETER STROKNIK P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, Arizona 85012

Peter K. Strojnik
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Avenue, Suite 1401B
Phoenix, Arizona 85012

  s/Terri Oliver

7213124.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 364-7000