**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA ON J. ROBERT SCOTT, INC.** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff in the above-captioned matter has on the date below written served a Subpoena requiring the production of documents on J. Robert Scott, Inc., care of its registered agent Diane Brown (Ex. 1).

DATED this 14th Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Strojnik