**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA AND AMENDED NOTICE OF VIDEOTAPED DEPOSITION ON HAN BYUNG JOON** |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that Plaintiff in the above-captioned matter has on the date below written served a Subpoena and Amended Notice of Videotaped Deposition on Han Byung Joon (BJ Han), care of Eric Dowell, for the deposition to take place on June 11, 2009 at 9:00 a.m.

DATED this 14th Day of April, 2009.

THE LAW FIRM OF PETER STROJNIK

_/s/ Peter Strojnik_
Peter Strojnik

-1-