# Exhibit B

## Larsen, Caroline

**From:** PksEsq@aol.com
**Sent:** Wednesday, April 15, 2009 7:20 PM
**To:** Larsen, Caroline; Strojnik@aol.com
**Cc:** Dowell, L. Eric
**Subject:** Re: Case 2:08-cv-00241-HRH; Sahakian v. STATS ChipPAC, Inc. et al - continued...

Counsel:

Thank you for your email. I opine you have creatively read way too much into our desire to reconvene with Mr. Gongora. We seek favorable resolution of this case, and not to purposely inconvenience anyone. Nonetheless, you claim we are entitled to only 2 hours for Mr. Gongora. We claim we are entitled to the maximum time allowed by the Rules. Perhaps we can resolve this matter on Friday when we discuss STATS' objections to the 3-10-09 Discovery Request. Be prepared please.

As for your paragraph on behalf of Mr. Gongora's two ex-wives, I wonder from where you acquire your information. I have conversed with Dr. Chu numerous times, and not only five days ago we were sitting across from each other in my office discussing Mr. Gongora. She disclosed interesting matters about which we anticipate she will testify. I have spoken with Ms. Lamm once. We have no further need to speak with these gentlewomen.

We will see you on Friday. Good evening.

Peter K.

Great deals on Dell's most popular laptops – Starting at $479