**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) NO. CV-08-241-PHX-HRH |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| | ) |
| vs. | ) |
| | ) |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER – Upon Motion made and good cause shown, it is hereby ordered granting Plaintiff's Motion to Amend the Second Amended Complaint.

DATED this ____ Day of June, 2009.

                                          _____
                                          United States District Judge