Chris Shea

→ Well DONE
→ BJ said she can sue him
→ he will take actn if she doesn't apologize
→ never want to see you again done with you.
→ she did not agree w/ her BJ handled the investigation on Scott Goodell's exit interview
→ wants to keep quiet. no [discussion]
→ want mtg w/ Lay Kon during ovrhl of sales outg.
→ she wanted to talk to BJ & Lay Kon together but BJ refused

STATS001365