depended on my doctor's orders. I communicated to BJ my doctor's orders:

**' Patient may return to work with the understanding that the situation and amount of stress at work is going to lessen'.**

I have been requesting a 3 way meeting throughout my leave of absence. When BJ agreed to a 3 way meeting and assurance something would be worked out, I communicated this to my doctor and told him I trusted this would happen. It has not. In fact, quite the opposite.

Thank you,

Diane

-----Original Message-----
From: BJ HAN (SCH-Chief Technology Officer)
Sent: Wednesday, August 08, 2007 7:50 PM
To: SAHAKIAN Diane (SCI-ET)
Subject: Re: Schedule

I have done talking to you. You don't have any business talking to a manager who handle situation wrongly. Just in case you didn't hear me right yeaterday, I repeat, I have DONE more than enough on this matter. As said you do what is right for you independently from me. I have started my side of action.

Best Regards,

BJ

-----Original Message-----

From: SAHAKIAN Diane (SCI-ET) <Diane.Sahakian@Statschippac.com>

To: BJ HAN (SCH-Chief Technology Officer) <bj.han@statschippac.com>

Sent: Thu Aug 09 04:13:48 2007

Subject: RE: Schedule

Hello BJ,

Do you know what day/time would be good to have the 3 way meeting? You were checking w/ Jocelyn about