L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:   (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>            Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>            Defendants. | CV08-241-PHX-HRH<br><br>**APPLICATION FOR AWARD OF ATTORNEYS' FEES** |

Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. (collectively, "STATS ChipPAC"), through undersigned counsel, hereby apply for an award of their reasonable attorneys' fees and costs incurred in defending Plaintiff's Motion to Compel Discovery and Sanctions and Defendants STATS ChipPAC's Cross Motion for Protective Order, pursuant to this Court's March 24, 2009 Order. (Doc. 101). In its Order, the Court found that Plaintiff had inappropriately used a Rule 30(b)(6) notice to

address topics that were not within the company's knowledge or that were otherwise irrelevant or unlikely to lead to relevant evidence. As a result, the Court stated that it would "entertain STATS' application for attorney fees." *Id.* As set forth in this Application, the total amount of time spent by STATS ChipPAC on this matter was 22.20 hours and the total amount of fees incurred is $5,713.50. Defendants STATS ChipPAC seek reimbursement in the amount of $5,000.00. This Application is supported by the Affidavit of L. Eric Dowell and the accompanying itemization of legal services attached hereto as **Exhibit A**. A proposed Form of Order is also attached hereto as **Exhibit B**.

DATED this 4th day of June 2009.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Caroline K. Larsen
L. Eric Dowell
Caroline K. Larsen
Monique D. Young
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012

s/Debra Perkins

7166561.1 (OGLETREE)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 364-7000