EXHIBIT A

L. Eric Dowell, SBN 011458
Caroline K. Larsen, SBN 022547
Monique D. Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>          Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>          Defendants. | CV08-241-PHX-HRH<br><br>**AFFIDAVIT OF L. ERIC DOWELL IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES** |

L. Eric Dowell, being duly sworn, deposes and states as follows:

1. I am a member of the State Bar of Arizona and a shareholder with Ogletree, Deakins, Nash, Smoak and Stewart, P.C. ("Ogletree Deakins"), the law firm retained to represent Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. (collectively referred to hereafter as "STATS ChipPAC") in this litigation.

2. I am over the age of 18 and am competent to testify as to all matters set forth herein and will so testify if called upon to do so.

3. I have personal knowledge of the matters set forth herein. My personal knowledge is based upon my personal observations and personal participation in the events described below, as well as my review of the business records of Ogletree Deakins, which are kept in the ordinary course of business.

4. During the period since Ogletree Deakins was retained for this matter, STATS ChipPAC has been charged and has agreed to pay on an hourly basis for the services rendered relating to the above-captioned matter. An itemized statement of the services for which STATS ChipPAC agreed to pay attorneys' fees in connection with its response to Plaintiff's Motion to Compel Discovery and Sanctions and Defendants STATS ChipPAC's Cross Motion for Protective Order is attached hereto as **Exhibit 1**. The itemization indicates the date on which legal services were provided, the initials of the attorney who provided the service, the type of legal services provided, the time expended, and the amount of fees charged for the service. **Exhibit 1** was created from the invoices that were sent to STATS ChipPAC.

5. I have been practicing law in Arizona since 1987, primarily in the areas of employment law and commercial litigation. I am primarily responsible for the defense of this case.

6. Caroline K. Larsen is an associate with Ogletree Deakins. Ms. Larsen is a member of the State Bar of Arizona and has been practicing law since 2003, primarily in the area of employment law and commercial litigation. Ms. Larsen prepared the Response To Plaintiff's Motion To Compel Discovery And Cross Motion For Protective Order and the Reply In Support Of Cross Motion For Protective Order.

7. Ogletree Deakins charged STATS ChipPAC rates that are reasonable and generally in accordance with rates charged by other lawyers in this community with similar experience and education. The billing rates for each attorney are specified in the attached summary. STATS ChipPAC has agreed to pay for our services at these rates. In addition, it may be necessary to spend additional time in this matter in connection with

1  this fee application, reply in support of the application, any oral argument, and any
2  collection efforts.
3     8.   I have reviewed the time and charges set forth in the itemized Ogletree
4  Deakins' statements and I believe that the time spent in this matter was reasonable and
5  necessary under the circumstances.
6     Further Affiant sayeth naught.
7     DATED this 4th day of June 2009, in Phoenix, Arizona.

_____
L. Eric Dowell

SUBSCRIBED AND SWORN to before me this 4 day of June 2009, by L. Eric Dowell.

_____
Notary Public

My Commission Expires:



OFFICIAL SEAL
GLENDA S. READY
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 30, 2010

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 364-7000

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012
Attorney for Plaintiff


s/ Debra A. Perkins


7166589.1 (OGLETREE)

**EXHIBIT 1**

<u>Diane Sahakian v. STATS ChipPac, et al.</u>
**Defendants' Itemization of Attorneys' Fees Regarding Plaintiff's Motion to Compel and Defendants' Cross-Motion for Protective Order**

| Attorney | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CKL | 02/16/09 | Strategize regarding motion for protective order to limit 30(b)(6) deposition notice. | 0.50 | 255.00 | $127.50 |
| CKL | 02/18/09 | Begin drafting response to motion to compel. | 0.50 | 255.00 | $127.50 |
| LED | 02/20/09 | Review correspondence from plaintiff's counsel and motion for sanctions and outline response to same. | 1.50 | 290.00 | $435.00 |
| CKL | 02/23/09 | Continue drafting motion for protective order. | 0.50 | 255.00 | $127.50 |
| CKL | 03/03/09 | Continue drafting legal argument for cross-motion for protective order to limit 30(b)(6) depositions. | 5.00 | 255.00 | $1,275.00 |
| CKL | 03/04/09 | Research case law regarding objections to 30(b)(6) depositions (1.30); continue drafting legal argument in support of response to plaintiff's motion to compel discovery (3.60). | 4.90 | 255.00 | $1,249.50 |
| CKL | 03/05/09 | Continue drafting and revising legal argument in support of response to motion to compel discovery and cross-motion for protective order (3.60); draft declaration in support of cross-motion for protective order (1.10); review exhibits to support response to motion to compel (.70). | 5.40 | 255.00 | $1,377.00 |
| CKL | 03/20/09 | Draft reply in support of motion for protective order. | 2.50 | 255.00 | $637.50 |
| CKL | 03/21/09 | Complete review and revision of reply in support of motion for protective order. | 1.40 | 255.00 | $357.00 |
| | | TOTAL | 22.20 | | $5,713.50 |

1