**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman, | CV08-241-PHX-HRH |
| Plaintiff, | **ORDER** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation, | |
| Defendants. | |

Pursuant to Defendants STATS ChipPAC's Application for Award of Attorneys' Fees and this Court's Order of March 24, 2009 (Doc. 101), denying Plaintiff's Motion to Compel Discovery and Sanctions and granting Defendants STATS ChipPAC's Cross Motion for Protective Order, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants STATS ChipPAC are awarded and may recover from Plaintiff and/or her counsel Defendants STATS ChipPAC's reasonable attorneys' fees incurred in defending Plaintiff's Motion to Compel Discovery and Sanctions and Defendants STATS ChipPAC's Cross Motion for Protective Order in the total amount of $_____.