## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

DIANE SAHAKIAN                              v.   STATS ChipPAC, Inc., et al.

JUDGE JOHN W. SEDWICK
for JUDGE H. RUSSEL HOLLAND              CASE NO.   2:08-cv-0241-HRH

    Deputy Clerk                              Official Recorder

    _____              _____

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Plaintiff has moved to amend her complaint for a third time to add a claim for intentional infliction of emotional distress. (Docket No. 153). Plaintiff requested expedited consideration of the motion to amend. The request for expedited consideration was conditionally granted. (Docket No. 162). The briefing on the motion to amend is now complete, and the court is unconvinced that expedited consideration is necessary. Thus, the motion to amend is taken under advisement and will be considered in due course.

-1-