# Exhibit 1

```
 1   you know what the date is?
 2       A    I don't remember.
 3       Q    Can you describe what this document is?
 4       A    These are my notes after I had a
 5   conversation with Diane Sahakian.
 6       Q    Do these notes also indicate your
 7   perceptions after you had a conversation with
 8   Mr. Han, or Dr. Han?
 9       A    Which conversation would that be?
10       Q    Any conversation.
11       A    I don't know.
12       Q    On the very top I see that the Chris Shea
13   is crossed out.  What does that relate to?
14       A    This is a fresh page of my notebook.  She
15   might have called me and left me a message.  This is
16   a reminder for me to call her back, and I used this
17   page to put in my notes.
18       Q    That makes sense.  The first line of your
19   handwritten note seems to say, "Spell done"?
20       A    Yes.
21       Q    What does that mean?
22       A    Diane had called me and she said that she
23   had a phone conversation with BJ and at one point he
24   said he was done, and he spelled it D-O-N-E.
25       Q    I'm sorry.  Can you repeat that again?
```

```
 1      A    She had a phone conversation with BJ Han
 2   and at one point during that conversation between
 3   Diane and BJ Han he had said done, and he spelled it
 4   out, D-O-N-E.
 5      Q    He said that he was done with her?
 6           MR. COELHO:  Object to the form.
 7           THE WITNESS:  I don't know if that's what
 8   he said.
 9      Q    BY MR. STROJNIK:  Is that what Diane
10   reported to you that he said?
11      A    She just said that he was done.
12      Q    Is that all you remember now or is that
13   all you can glean from this particular document,
14   Exhibit 29?
15      A    It's what I can remember.
16      Q    What was being done?  What was done?
17      A    I think their conversation that night.
18      Q    Could it be that he said I am done with
19   you?
20      A    I don't know.
21           MR. DOWELL:  Object to the form.
22      Q    BY MR. STROJNIK:  You don't remember?
23      A    I don't.
24      Q    The following line, "BJ said she can sue
25   him"?
```

1   A   Yes.

2   Q   Did Diane report to you that BJ said to
3   her that she can sue him, or what does this comment
4   mean?

5   A   Diane said to me that at one point during
6   their conversation that BJ said to her that you can
7   sue me.

8   Q   Why would she be able to sue him?

9       MR. DOWELL:  Object to the form of the
10  question.

11      THE WITNESS:  I don't know.

12  Q   BY MR. STROJNIK:  Did you ever check with
13  BJ to find out what he meant when he said you can
14  sue me?

15  A   I did talk to BJ, I did, but I had general
16  counsel with us there.

17      MR. DOWELL:  Don't discuss the
18  conversations you had with general counsel.

19  Q   BY MR. STROJNIK:  Who else was present
20  during this conversation with you and BJ and the
21  general counsel?

22  A   No one.

23  Q   Did the conversation involve Diane
24  Sahakian?

25      MR. DOWELL:  Object to the form of the

152

```
 1  question.  I will instruct the witness not to answer
 2  any questions that relate to conversation you had
 3  with BJ Han and the general counsel.
 4       Q    BY MR. STROJNIK:  Was it Janet Taylor?
 5            MR. DOWELL:  You can answer that question.
 6            THE WITNESS:  Yes.
 7       Q    BY MR. STROJNIK:  Was the purpose of the
 8  conversation for you and BJ Han to receive a legal
 9  opinion on a matter?
10            MR. DOWELL:  Object to the form of the
11  question.  Instruct the witness not to answer the
12  question.
13       Q    BY MR. STROJNIK:  Was the purpose of the
14  conversation to try and find a way of firing Diane
15  without becoming exposed to litigation?
16            MR. DOWELL:  Same objection.  Witness will
17  not testify as to matters discussed with counsel.
18       Q    BY MR. STROJNIK:  Was the conversation you
19  had with BJ Han and Janet Taylor in response to
20  Diane taking the FMLA leave?
21            MR. DOWELL:  Object to form of the
22  question.  Again, the witness will not answer any
23  questions that relate to any conversation she had
24  with Mr. Han, Dr. Han and general counsel, Janet
25  Taylor.
```

```
 1        Q    BY MR. STROJNIK:  Did you discuss the
 2   conversation you had with BJ Han and Janet Taylor
 3   with any other person?
 4        MR. DOWELL:  Object to the form to the
 5   extent it calls for communications between you and
 6   any other counsel.
 7        Q    BY MR. STROJNIK:  You have to tell me who
 8   that counsel was, if you had a conversation about
 9   that conversation with another counsel.
10        MR. DOWELL:  You can answer that question.
11        THE WITNESS:  I did not have any
12   conversation with any other counsel.
13        Q    BY MR. STROJNIK:  Okay.  Is this the first
14   time since you had the conversation with Janet
15   Taylor and BJ Han that you are discussing the matter
16   with anyone?
17        MR. DOWELL:  To the extent it involves
18   conversations with counsel, then you should not
19   answer, but otherwise you can answer.
20        THE WITNESS:  I can't answer that
21   question.
22        Q    BY MR. STROJNIK:  I want to make sure that
23   I understand your answer.  If you had conversations,
24   I am not asking you what the conversation was.  I
25   just want to know if you had a conversation, the
```

154

```
 1   conversation between you, Dr. Han and Janet Taylor
 2   with your current counsel.  I don't want to know
 3   what you told him or what he told you.  I just want
 4   to know if you had such a conversation.
 5        A    No.
 6        Q    I can't read the following line.  It
 7   says -- what does it say, "re" or "he" or what?
 8        A    Which line?
 9        Q    After BJ?
10        A    "The third arrow."
11        Q    What does that say, BJ said she can sue
12   him?
13        A    Yes.
14        Q    What is the third arrow?
15        A    I'll take action if she doesn't apologize.
16        Q    Diane Sahakian told you that BJ told Diane
17   Sahakian that BJ will take action against Sahakian
18   if she doesn't apologize?
19             MR. DOWELL:  Objection to the form.
20             THE WITNESS:  I don't know what BJ said.
21        Q    BY MR. STROJNIK:  Who was supposed to
22   apologize to whom?
23        A    Diane said that BJ told her that she
24   should apologize to him.
25        Q    Why should she apologize to him?
```

155

```
 1              MR. DOWELL:  Object to the form.
 2              THE WITNESS:  I don't know.
 3       Q     BY MR. STROJNIK:  Are you aware of
 4   anything that she had done to him?
 5       A     I don't know.
 6       Q     Had she wronged him in any way that you're
 7   aware of?
 8       A     No.
 9       Q     Did BJ ever tell you that she had done
10   something to him that wronged him?
11       A     I don't know.
12       Q     You don't know or you don't remember?
13       A     I don't think BJ had told me anything.
14       Q     Did anyone ever tell you whether Diane had
15   done anything to BJ that would require her to
16   apologize?
17       A     No.
18       Q     At this point does it appear to you that
19   Diane is being ostracized by the group of men?
20              MR. DOWELL:  Objection to the form.
21              THE WITNESS:  I don't know.
22       Q     BY MR. STROJNIK:  Well, there are the
23   following men.  There's Scott Gooch.  There's BJ
24   Han.  There's Brett Dunlap.  And there's Eric
25   Gongora.  We have four men who are saying negative
```

1  things about Diane.  Do you recognize that?
2          MR. DOWELL:  Object to form.
3          THE WITNESS:  I really can't tell.
4     Q    BY MR. STROJNIK:  You cannot tell if Brett
5  Dunlap said something bad about Diane?  You can't
6  tell that?
7          MR. DOWELL:  Object to the form.
8          THE WITNESS:  He never said anything
9  directly to me about that.
10    Q    BY MR. STROJNIK:  So throughout your
11 investigation you could never find anything negative
12 that Brett said about Diane?
13    A    I don't think so.
14    Q    Everything was hunkey-dorey, they were the
15 best of buddies?
16    A    I don't know that for sure.
17    Q    The following line, "Never want to see you
18 again, done with you."  What does that mean?
19    A    Diane said that's what BJ told her.
20    Q    Do you have some reason to believe that
21 this was not true?
22    A    I don't know.
23    Q    Do you have some reason to believe that BJ
24 did not say this?  Do you have some reason to
25 believe.  If you have no reason to believe --

157

```
 1      A     I really can't tell.
 2      Q     You have no reason to believe this is a
 3  false statement?
 4      A     I don't know.  It was what Diane Sahakian
 5  was telling me at that time.
 6      Q     Why were you writing this down?
 7      A     Because every time I had a conversation
 8  with an upset employee I write them down.
 9      Q     She was upset?
10      A     Yes.
11      Q     When she called you?
12      A     Yes.
13      Q     Did this conversation with BJ Han just
14  terminate, was it just done?
15          MR. DOWELL:  Objection to the form.
16          THE WITNESS:  No, that's not true.
17      Q     BY MR. STROJNIK:  When was this
18  conversation between Diane and BJ Han that you
19  record in Exhibit 29?
20      A     I think it was maybe the day after.
21      Q     And Diane was still upset?
22      A     I think so.
23      Q     Was she crying?
24      A     She was not.
25      Q     Then you make a note.  I'm sorry, did BJ
```

```
1   ever express to you that he never wanted to see
2   Diane again and that he's done with her?
3       A    I can't answer that question.
4       Q    Did BJ have the power to fire Diane if he
5   wanted to?
6       A    He can, yes.
7       Q    He could have; correct?
8       A    Yes.
9       Q    So when he said "I never want to see you
10  again, done with you," he could have fired her right
11  then and there?
12           MR. DOWELL:  Object to form.
13           THE WITNESS:  No, I don't think so.
14      Q    BY MR. STROJNIK:  He couldn't have fired
15  her?
16      A    No.
17      Q    What would he have to do to fire her?
18      A    He would have to talk to H.R. about it.
19      Q    Okay.  You are H.R.?
20      A    Yes.
21      Q    What would you and BJ Han have to talk
22  about?
23      A    The reasons.
24      Q    And then BJ Han would have to come up with
25  some reasons?
```

```
 1     A     They have to be reasonable.  They have to
 2  be some reason.  There has to be a reason.
 3     Q     I believe, maybe I'm wrong, but my
 4  impression is that you believe whatever people tell
 5  you?
 6     A     That's not true.
 7     Q     Okay.  Sometimes you don't believe what
 8  people tell you?
 9     A     Sometimes I don't.
10     Q     Sometimes, most of the time you believe
11  what people tell you; sometimes you don't?
12     A     It depends.
13     Q     It depends on who's telling you what?
14     A     It depends on what's being told to me.
15     Q     Okay.  Let's talk about that.  It depends
16  on what is being told to me.  How does that impact
17  on your believing the person who is talking to you?
18           MR. DOWELL:  Object to the form to the
19  extent this is all hypothetical.
20           THE WITNESS:  It just depends.  It does
21  not depend on the person who's telling me.  It
22  depends on the circumstances surrounding that
23  conversation.
24     Q     BY MR. STROJNIK:  Okay.  Did you believe
25  Diane when she was telling you about her
```

160

1   conversation with BJ Han?
2       A    I did.
3       Q    The following line, you say, and I am not
4   sure if I am reading this correctly, "She did not
5   agree with him, BJ," and then something, something?
6       A    "Handled the investigation on Scott
7   Gooch's exit interview."
8       Q    How did BJ handle the investigation of
9   Scott Gooch's exit interview?
10      A    I don't know what he did. I don't know.
11      Q    Well, I thought you told me earlier that
12  you, being STATS, engaged into an inquiry into
13  Diane's management style.
14           MR. DOWELL:  Object to the form of the
15  question.
16           THE WITNESS:  That's what H.R. did, but I
17  don't know what BJ did.
18      Q    BY MR. STROJNIK:  Okay.  Does H.R. work
19  for BJ or is H.R. within BJ's hierarchy?
20      A    No.
21      Q    The following, "Wants to keep quiet, no"
22  what?
23      A    "Direction."
24      Q    "No direction." What does that mean?
25      A    That was Diane talking about the special

161

```
 1   projects.
 2       Q    Who wants to keep who quiet?
 3       A    She thinks that BJ wants her to keep
 4   quiet.
 5       Q    Did she say I think he wants me to keep
 6   quiet?  Or did she say BJ said he wants me to keep
 7   quiet?
 8       A    I can't remember what exactly she said.
 9       Q    Then the following statement is "no
10   direction."  What does that relate to?
11       A    Special projects.
12       Q    What does special project mean?
13       A    I don't know.
14       Q    There are those who believe that special
15   projects are a polite way kicking people out of
16   employment.  Have you heard that before?
17            MR. DOWELL:  Objection to the form.
18            THE WITNESS:  I don't know.
19       Q    BY MR. STROJNIK:  You know if you heard
20   it.  Have you heard it before?
21       A    I don't think I've ever heard it.
22       Q    Okay.  Then next one is "Meeting with Lay
23   Koon," doing something, something, something?
24       A    "During week of sales meeting."
25       Q    Then the following line, "She wanted to
```

```
 1   talk to BJ and Lay Koon together but BJ refuses."
 2   Okay.  So she wanted to meet with BJ and Tan Lay
 3   Koon but BJ refused?
 4       A    BJ refused to have a meeting with all
 5   three of them.
 6       Q    Okay.  Do you know why he would refuse
 7   that?
 8       A    I don't know.
 9            MR. DOWELL:  Object to the form.
10       Q    BY MR. STROJNIK:  Now, you testified you
11   found her complaint credible?
12            MR. DOWELL:  Object to the form the
13   question.  Misstates the testimony.
14            THE WITNESS:  I did not say I found it
15   credible.
16       Q    BY MR. STROJNIK:  You believed it?
17       A    What she was telling me was her side of
18   what happened.
19       Q    Did you get BJ's side of what happened?
20       A    I did.
21       Q    What was his side?
22            MR. DOWELL:  Object to the form to the
23   extent it reiterates your concern earlier about
24   conversations with the general counsel present.
25            THE WITNESS:  Yes.
```