## PATEL Nehal (SCI-HR)

**From:** PATEL Nehal (SCI-HR)
**Sent:** Wednesday, July 11, 2007 10:06 PM
**To:** KAW Jik Hoon (SCH-CORP HR)
**Cc:** NG Tiong Gee (SCH-Chief Information Officer); UY Gail (SCI-HR)
**Subject:** Scott Gooch's Exit
**Sensitivity:** Confidential

Hi Jik Hoon,

I wanted to follow up with the phone call Gail, you and I had the other day regarding Scott Gooch's exit interview and [redacted].

I spoke to a couple of people who work closely with Diane and asked them if they could share with me some thoughts they had about her management style, what she does well, and some areas she can improve on (as a manager). Both employees said they have no problem with Diane and respect her as a manager. They said she is very candid, friendly and open, but they did mention some areas that may be problematic. They said that she is very blunt, which isn't necessarily a bad thing, but she could be very offensive and sometimes politically incorrect with the way she speaks. She tends to say things very "emotionally" and without really thinking. Sometimes she talks out of anger, which could have a negative affect on someone and give him or her the wrong idea. She means well and doesn't mean anything to be taken personally, but sometimes it's inevitably taken the wrong way. They said although it is great to be straightforward and honest, sometimes it would be better if she could re-word things and not make them sound so harsh. One of the employees did say she was one of the best managers they have ever had and they really respect her management style. They said that she works hard to help those who have potential to grow to become winners. On the flip side, it is hard for her to gain trust and respect for you if she is not too fond of you. One of them said that she was constantly calling them to check up on whether or not Scott was working and saying that he didn't seem that busy. Although the employee didn't tell Scott she was doing this, he believes word got around. Another reason Scott Gooch and Diane didn't get along that well was because there may have been miscommunication regarding job duties, compensation and expectations when Scott came onboard. One person told him one thing and Diane told him something different after he started. This may have been when the tension began (obviously Diane's news was not taken well by Scott). Both mentioned she means well, but may not come across that way.

From what it sounds like Diane may need to attend a training/seminar on managing people or communication. We will look into some training's in the Tempe, AZ area and see if we can find a good program. Along with this, I really believe that more team building activities and "bonding" events would help develop trust, understanding and leadership in our departments. Company events really bring us together, but narrowing it down to specific department events could really help build the morale and chemistry within a group.

Please let me know your thoughts.

Thanks,
Nehal



PLAINTIFF'S EXHIBIT

7/17/2007

STATS001261