


**THE LAW FIRM OF PETER STROJNIK**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **DECLARATION OF RAM RAMAKRISHNA** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

I, Kambhampati Ramakrishna, do hereby declare the following is true and correct to the best of my knowledge and belief under the penalty of perjury under the laws of the State of Arizona.

1. My name is Kambhampati Ramakrishna. I have personal knowledge of all statements made herein. Those opinions and inferences stated herein are rationally based on my perceptions while employed at STATSChipPAC.

2. In 2001, I started working for STATS. I resigned from STATSChipPAC in 2008. During my employment with STATS and STATSChipPAC, I was directly managed by Diane Sahakian in the Emerging Technology group for approximately four years.

3. While I was managed by Diane Sahakian, I learned that she was very attentive to detail. Generally, if someone, or I, followed her direction on a certain project, the ET group would function well and without disruption. However, I would sometimes disagree with Diane Sahakian's direction, but not her management style. As a professional engineer with more that 15 years experience, I learned that disagreements are normal and are resolved by understanding each others points.

4. I know who Scott Gooch is. While I had limited interaction with Mr. Gooch, I am aware that he worked in Diane Sahakian's group between June of 2006 and approximately February or March of 2007. Diane Sahakian was not Scott Gooch's direct supervisor. Rather, Diane Sahakian was the manager of the ET group, but two of her subordinates – Eric Gongora and Flynn Carson – directly managed Mr. Gooch.

5. Mr. Gongora, and Mr. Gooch were friends within the Company. It is my opinion that Mr. Gongora influenced Mr. Gooch's opinion about Diane Sahakian. Mr. Gongora is the type of person to use one's words and manipulate those words to make the person look in a bad way and to make Mr. Gongora either look good or avoid difficulty or trouble within the Company. It is my opinion, based on Mr. Gongora's overall behavior, that he would use and twist Diane Sahakian's words and relay different words to Mr. Gooch and others.

6. It is my opinion that Mr. Gongora placed the ketchup on Diane Sahakian's desk chair in April of 2008. Mr. Gongora was known throughout the Company, but specifically within the ET and PLM groups, as a practical jokester who took jokes too far. Mr. Gongora would often play what he believed were practical jokes on STATSChipPAC employees. For example, one time Mr. Gongora took the car keys of an employee and proceeded to move the employee's car to a separate inconspicuous place. When the employee noticed that his car was missing, he was suggested to call the police, but a few minutes later, Mr. Gongora informed him about where the car was. Mr. Gongora only told the employee he had played the "joke".

7. When I was employed with STATSChipPAC, I tried to avoid conversing with Mr. Gongora because of his reputation of using a person's words against that person. Mr. Gongora would repeat words that I, or others, would say for his benefit and to the detriment of me or that particular person.

8. It is my opinion that STATSChipPAC has an authoritarian management. BJ Han and Tan Lay Koon have berated myself and others, in public. BJ Han and Tan Lay Koon are very condescending to people.

9. Several years ago I was promoted to the position of Director. Shortly after the promotion, I was in Singapore and BJ Han approached me. He looked at me as if I was nothing, tauntingly laughed, and said "You're a director?" BJ Han said this in such a way that significantly lowered my self-esteem. One must have thick skin to work at STATSChipPAC.

10. If an employee would disagree with a directive given by BJ Han or Tan Lay Koon, that employee should not challenge the directive because it would put the employee in a career limiting position. BJ Han and Tan Lay Koon believe that what they say or do is correct even when there is evidence suggesting otherwise. BJ Han and Tan Lay Koon will not admit when they are wrong.

11. BJ Han and Tan Lay Koon believe that Asians are smarter and more intelligent, and they show it in their behavior. BJ Han and Tan Lay Koon believe that Americans are not hard workers, and are not as knowledgeable as Asians are. BJ Han and Tan Lay Koon believe they are better than Americans and treat them in such a manner.

12. I am aware that Diane Sahakian had her direct reports taken away after she took her FMLA leave in 2007 and was given a "special project." I am also aware that Diane Sahakian was terminated from STATSChipPAC. A "special project" has been clearly understood as a "kiss of death" at STATSChipPAC. It is my strong opinion that Diane Sahakian did not deserve to be demoted to a "special project" or to be terminated. In my opinion, management should have had a face to face meeting before taking such an action, because of its seriousness.

DATED this __22nd__ Day of March, 2009.

_____
Kambhampati Ramakrishna