L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:    (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>　　　　　　　Defendants. | CV08-241-PHX-HRH<br><br>**MOTION IN LIMINE NO. 4 TO EXCLUDE DECLARATIONS** |

STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. (collectively "Defendants") hereby move this Court for an Order *in limine* preventing Plaintiff from introducing, admitting, mentioning, referencing, and/or eliciting testimony regarding the declarations of Kelly Priest, Jay Ewanich, Ram Ramakrishna, Michael Gentry, Dennis Daniels, or James Gallagher.

## I. DECLARATIONS ARE INADMISSIBLE HEARSAY THAT SHOULD BE EXCLUDED FROM TRIAL.

The Priest, Ewanich, Ramakrishna, Gentry, Daniels, and Gallagher declarations are out of court statements that will be offered for the truth of the matters asserted therein. Accordingly, they are inadmissible hearsay and should be excluded from trial. *See* Fed. R. Evid. 802; *Tongil Co., Ltd. v. The Vessel "Hyundai Innovator,"* 968 F.2d 999, 1000 (9th Cir. 1992) (finding that the district court erred in allowing the plaintiff to authenticate documents via declarations and remanding for a new trial because the declarations were inadmissible hearsay); *In Defense of Animals v. U.S. Dept. of Agric.*, 587 S. Supp. 2d 178 (D.D.C. 2008) (excluding plaintiff's declarations and finding "on their face, these declarations are inadmissible hearsay because they are out of court statements by declarants offered for the truth of the matter asserted").[1]

## II. CONCLUSION

For the foregoing reasons, Defendants seek an Order pursuant to Federal Rules of Evidence 801 and 802 precluding Plaintiff and her counsel from introducing, admitting, mentioning, referencing, and/or eliciting testimony at trial regarding the declarations of Kelly Priest (both of them), Jay Ewanich, Ram Ramakrishna, Michael Gentry, Dennis Daniels, or James Gallagher.

---

[1] Defendants will more thoroughly address the substantive deficiencies of these declarations should Plaintiff attempt to use them in connection with her opposition to Defendants' Motion for Summary Judgment. Notably, these declarations are, among other things, improperly based on the declarants' opinions and facts outside of the declarants' personal knowledge and contain inadmissible double hearsay. *See* Fed. R. Evid. 602, 701, 801, 802; *Davis v. Markel*, 2008 WL 455807, *10 (C.D. Cal. Oct. 3, 2008) (striking a declaration that was based on hearsay); *Marks v. Chicoine*, 2007 WL 2408885, *2 n.2 (N.D. Cal. Aug. 21, 2007) (recognizing that a declaration cannot be based on inadmissible hearsay or opinions). For example, Mr. Ewanich only worked at STATS ChipPAC for 17 months several years before the events purportedly giving rise to Plaintiff's claims allegedly occurred. Additionally, the Priest declarations are not signed. *Id.* (noting that a declaration must be signed under the penalties of perjury).

DATED this 1st day of July, 2009.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.


        By: s/ Caroline Larsen
           L. Eric Dowell
           Caroline Larsen
           Monique Young
           2415 East Camelback Road, Suite 800
           Phoenix, Arizona 85016
           Attorneys for Defendants STATS ChipPAC,
           Inc. and STATS ChipPAC, Ltd.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012

s/ Debbi Irwin

7462773.1 (OGLETREE)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700