L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:   (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>Defendants. | CV08-241-PHX-HRH<br><br>**MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE OF, OR REFERENCES TO, SETTLEMENT OFFERS AND/OR NEGOTIATIONS** |

    STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. (collectively "Defendants") hereby move this Court for an Order *in limine* preventing Plaintiff and her counsel from mentioning in the presence of the jury (in opening statement, closing argument, or otherwise) or introducing evidence (either testimonial or documentary) regarding any settlement offers or negotiations made in connection with this case.

**I.   EVIDENCE OF SETTLEMENT OFFERS OR NEGOTIATIONS IS INADMISSIBLE.**

Defendants anticipate that Plaintiff or her attorneys will attempt to mention, or solicit testimony regarding, settlement offers or negotiations that occurred in connection with the parties' attempt to mediate Plaintiff's claims. Defendants are well aware that Plaintiff's retaliation claim is premised, in part, on her erroneous belief that her employment was terminated because the parties' mediation efforts failed. While the evidence will refute this theory, Defendants recognize that Plaintiff is entitled to present evidence that mediation occurred and was unsuccessful.[1] It is incontestable, however, that Fed. R.Evid. 408 precludes the admission of evidence regarding the substance of any settlement offers or negotiations.[2] Moreover, settlement offers or negotiations are completely irrelevant to the issue of liability or damages and would confuse the issues, mislead the jury, and unduly prejudice Defendants. *See* Fed. R. Evid. 402 and 403. Thus, Plaintiff and her attorneys should be precluded from mentioning, or eliciting testimony regarding, any settlement offers or negotiations between the parties.

**II.   CONCLUSION**

For the foregoing reasons, Defendants seek an Order pursuant to Federal Rules of Evidence 402, 403, and 408 precluding Plaintiff and her counsel from mentioning in the presence of the jury (in opening statement, closing argument, or otherwise) or introducing evidence (either testimonial or documentary) regarding any settlement offers or negotiations made in connection with this case.

---

[1] When appropriate, Defendants will seek a limiting instruction informing the jury that the fact the parties engaged in mediation is, in no way, an acknowledgement or recognition of potential liability, wrongdoing, or that Defendants viewed Plaintiff's claims as legitimate or valid.

[2] Furthermore, the parties also agreed that the mediation and all settlement negotiations and offers made in conjunction therewith were confidential.

1   DATED this 1st day of July, 2009.

2                                           OGLETREE, DEAKINS, NASH,
3                                           SMOAK & STEWART, P.C.

5                                           By: s/ Caroline Larsen
6                                               L. Eric Dowell
                                                Caroline Larsen
7                                               Monique Young
8                                               2415 East Camelback Road, Suite 800
                                                Phoenix, Arizona 85016
9                                               Attorneys for Defendants STATS ChipPAC,
                                                Inc. and STATS ChipPAC, Ltd.

*OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.*
*2415 EAST CAMELBACK ROAD, SUITE 800*
*PHOENIX, ARIZONA 85016*
*(602) 778-3700*

3

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012

s/ Debbi Irwin

7462702.1 (OGLETREE)

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700