# Exhibit 1

Peter Strojnik, 006464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*
Attorney for Ms. Sahakian

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| DIANE SAHAKIAN, a single woman, | ) NO. CV-08-241-PHX-HRH |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S 02-10-09** |
| vs. | ) **SUPPLEMENTAL DISCLOSURE** |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation, | ) |
| Defendants. | ) |

In conformity with Plaintiff's disclosure requirements, Plaintiff makes additional disclosures as follows:

*26.1(a)(1)(A)(i) and 26.1(a)(1)(A)(iv):*

| Name, Address & Telephone Number | Subject of Information |
|---|---|
| Gopalan Nair<br>39737 Paseo Padre Pky #A1<br>Fremont, CA 94538<br>510) 657-6107 | 1. This witness is expected to testify to the Singaporean corporate and business culture as it relates to abuse of women and minorities.<br><br>2. This witness is expected to testify to the application of Singaporean defamation law in order to preserve the political and |

-1-

|  | business power structure of Singapore; its economic structure; its oligarchy; and its public perception.<br><br>3. This witness is expected to testify to the misapplication of Singaporean law to oppress and intimidate minorities and women.<br><br>4. This witness is expected to testify to the differences between Singaporean and American employment culture as it relates to the treatment of minorities and women. |
|---|---|

RESPECTFULLY SUBMITTED this 10th day of February, 2009.

**PETER STROJNIK, P.C.**

*/s/ Peter Strojnik*

———————————————
Peter Strojnik
Attorney for the Ms. Sahakian