# Exhibit 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| STATS ChipPac, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation, TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFIED COPY**

DEPOSITION OF GOPALAN NAIR

Monday, March 23, 2009

3:26 p.m.

Offices of Gopalan Nair
39737 Paseo Padre Parkway, Suite A1
Fremont, California 94538

Monica A. Comer
License Number 11017

09-237MC



**Landi Court Reporters and Video Services**
1292 Lincoln Ave. • San Jose, CA 95125
Tel: 408.279.8590 • Fax: 408.279.0577
www.landireporters.com

```
 1   by you to plaintiff, plaintiff's counsel and any
 2   attorney or any agent or any other person relating.
 3   I might have overlooked this, but there's only a
 4   couple of e-mails.  If you want I can give them to
 5   you.
 6        Q    Okay.  I would ask that you supplement
 7   your response.
 8        A    Now?
 9        Q    You can do it before we leave today.
10             Before the e-mails that you received from
11   Mr. Strojnik about a month ago, did you know him?
12        A    No.
13        Q    Do you know the plaintiff in this action,
14   Diane Sahakian?
15        A    No.
16        Q    Are you being paid to testify today?
17        A    No.
18        Q    Are you being paid to serve as a witness
19   in this action?
20        A    No.
21        Q    Have you ever been a witness in any other
22   lawsuit in which you were not a party?
23        A    No.
24        Q    Have you ever testified as an expert in
25   any civil lawsuit?
```

```
1        A    No.
2        Q    Have you reviewed the complaint in this
3   lawsuit?
4        A    Not entirely, no.  I read a little bit,
5   but I didn't peruse this thoroughly.  I didn't pay
6   any real attention because my job is merely to come
7   here and tell you what I know.
8        Q    But you have a copy of the complaint?
9        A    I believe I have, yeah, I believe I have a
10  copy, yeah.
11       Q    Where did you get it?
12       A    From Mr. Strojnik.
13       Q    So again, I would ask you to review the
14  subpoena again, which asks for your file and all
15  documents exchanged between you and counsel, and I
16  would ask you to supplement it.
17       A    Sure.  I have no problem to give you that,
18  no problem at all.
19       Q    I would ask you to supplement your
20  response.  Do you know who the defendant is in this
21  lawsuit?
22       A    No.  You mean this company, STATS ChipPAC
23  no, I don't know them.
24       Q    But they are actually called STATS ChipPAC
25  generally?
```

43

```
 1      A    Fine.
 2           MR. STROJNIK:  I'm sorry.
 3      Q    BY MS. LARSEN:  Have you ever worked at
 4   STATS ChipPAC?
 5      A    As matter of fact I never worked for
 6   anybody in my life except immediately passing my bar
 7   exams, one year in 1981 to 1982.  After that Gopalan
 8   Nair Advocates, Inc., or Gopalan Nair, Attorneys at
 9   Law, and I hope it will last a thousand years.
10      Q    Do you know anyone who's ever worked at
11   STATS ChipPAC?
12      A    No.
13      Q    Do you know anyone on the board of
14   directors at STATS ChipPAC?
15      A    No.
16      Q    Do you know who is the majority
17   shareholder of STATS ChipPAC?
18      A    No.
19      Q    Do you know Dr. BJ Han?
20      A    No.
21      Q    Do you know Eric Gongora?
22      A    No.
23      Q    Do you know Dennis Daniels?
24      A    No.
25      Q    Do you know Scott Juler?
```

44

```
 1        A    No.
 2        Q    Do you know Ram RamaKrishna?
 3        A    No.
 4        Q    Do you know Tan Lay Koon?
 5        A    No.  Actually, I don't know anybody who
 6   works in that company, or I don't even know that
 7   company.
 8        Q    Do you know Cindy Palar?
 9        A    No.
10        Q    When did you become a U.S. citizen?
11        A    I became a U.S. citizen in August of
12   1994 -- no.  August of 2004.
13        Q    Where did you reside before moving to the
14   U.S.?
15        A    I resided in Singapore.
16        Q    Why did you move to the U.S.?
17        A    Because I didn't find practicing law
18   rewarding, rewarding not only financially but in
19   every way.  There wasn't any rule of law.  It was a
20   facade.  It was a pretense.  So I didn't want to
21   spend the rest of my life doing that in Singapore.
22        Q    Have you ever been disciplined by the
23   state bar of California?
24        A    Yes.  I have been disciplined once, yes.
25        Q    When was that?
```

45

1      A     I believe so.  I think you have the
2  records.
3      Q     I do.  Did you complete the 52 sessions of
4  anger management.
5      A     Yeah, I'm good guy.
6      Q     As it relates to your personal knowledge
7  in Singapore culture as it relates to abuses of
8  women?
9      A     As it relates to abuses of women, I would
10 say my personal knowledge is from having lived in
11 Singapore.
12     Q     So from living in Singapore, what personal
13 knowledge do you have of the Singaporean business
14 culture as it relates to abuses of women?
15     A     Just as an American living in America
16 would have general understanding of American
17 business culture regardless of what kind of work he
18 does -- in the same way a person living in
19 Singapore, no matter what job he does, if he lives
20 long enough in Singapore he would see Singapore
21 business culture, social, normal how they behave,
22 how they go about their lives, because your life in
23 the country, you have rough idea how things are
24 done, but if you have never lived in country you
25 wouldn't be able to know.

49

```
 1        Q    So do you have any unique knowledge
 2   regarding the Singaporean business culture as it
 3   relates to abuses of women that any other residents
 4   of Singapore would not possess?
 5        A    I think any other resident in Singapore
 6   would have same idea or opinions that I have.
 7        Q    So your knowledge is not unique to you
 8   personally, but certainly the knowledge that anybody
 9   who lived in Singapore would have?
10        A    No, my knowledge, well I'm not expert, if
11   you are trying to suggest I am expert, I have
12   degrees in social, business culture or anything, I
13   don't have that, but I have lived in Singapore and I
14   have worked in Singapore.  I had my own business in
15   Singapore.  I was a lawyer in Singapore.  It was
16   sole proprietorship.  I employed people in
17   Singapore.
18             So, you know, living in that community,
19   living in that country you get rough idea of how
20   things are done, but beyond that, I haven't got any
21   other special knowledge.
22        Q    Have you specifically studied Singaporean
23   business culture?
24        A    No.
25        Q    Have you specifically studied the
```

50

```
 1   corporate culture of STATS ChipPAC, Inc., or STATS
 2   ChipPAC, Ltd.?
 3        A    Specifically studying, like having a
 4   degree in having gone to college to study this?
 5        Q    Any kind of studying.
 6        A    Like what about STATS, whether I have
 7   personally read up on STATS, in this particular
 8   company?  Is that what you are saying?
 9        Q    I am asking if you have any, if you have
10   conducted any studies or specific analysis of the
11   corporate culture at STATS ChipPAC, Inc. or STATS
12   ChipPAC, Ltd.?
13        A    No.
14        Q    How is Singaporean law used to oppress and
15   intimidate women?
16        A    Well, as I said the Singaporean law is not
17   used to oppress and intimidate women.  The problem
18   is there are no laws to protect women, and even if
19   there are laws they are ignored on a daily basis.
20   It's not the -- there is no particular law in
21   Singapore which oppresses any woman, no, but earlier
22   I had explained if you are a woman and you are
23   harassed at your workplace there's usually nothing
24   much you can do.
25        Q    Is that also true if you are a minority or
```

51

```
1    or intimidate any employee?
2         A    I think so.  If you give me the time I can
3    check it up and tell you.
4         Q    Do you have any firsthand knowledge about
5    the business culture at STATS ChipPAC, Inc. or STATS
6    ChipPAC, Ltd.?
7         A    No, but I can guess it's no different from
8    any other Singaporean company.
9         Q    When you say guess, I mean, you are
10   guessing.  You have no actual personal knowledge on
11   which to base that statement?
12        A    I base that statement on my understanding
13   of how Singapore employers treat their employees,
14   and if STATS is Singapore company I expect them to
15   behave the same way.
16        Q    You are not aware of Singaporean companies
17   that treat their employees better than other
18   Singaporean companies?
19        A    Could you say that again?
20        Q    Are you aware of any Singaporean companies
21   that treat their employees better than any or most
22   Singaporeans, any exceptions?
23        A    No, I can't think of any.
24        Q    In your experience or opinion does it
25   matter who runs the Singaporean company?
```

78