# EXHIBIT A

**Table of Contents**

We believe that we have a meritorious defense to these claims and intend to defend the lawsuit(s) vigorously. A court or ITC determination that our products or processes infringe the intellectual property rights of others could result in significant liability and/or require us to make material changes to our products and/or processes. Due to the inherent uncertainties of the lawsuit(s) and investigation(s), we cannot accurately predict the ultimate outcome and it could result in significant liability and/or injunction and could have a material adverse effect on the business, financial condition and the results of operations of our Company.

We also, from time to time, receive from customers, requests for indemnification against pending or threatened infringement claims brought against such customers, such as the Tessera cases described above. The resolution of any future allegation or request for indemnification could have a material adverse effect on our business, financial condition and results of operations.

We are not involved in any other legal or arbitration proceedings, the outcome of which we believe would have a material adverse effect on our business, financial condition and results of operations. From time to time, however, we are involved in claims that arise in the ordinary course of business, and we maintain insurance that we believe to be adequate to cover these claims.

### *Dividend Policy*

We have never declared or paid any cash dividends on our ordinary shares. We may declare dividends by ordinary resolution of our shareholders at a general meeting, but we may not pay dividends in excess of the amount recommended by our Board of Directors. Our Board of Directors may, without the approval of our shareholders, also declare an interim dividend. We must pay all dividends out of profits. In making its determinations, our Board of Directors will consider, among other things, future earnings, results of operations, capital requirements, our general financial condition, general business conditions and other factors which they may deem relevant. We may pay dividends in Singapore dollars or U.S. dollars.

### B. Significant Changes

There has been no significant subsequent event following the close of the last financial year up to the date of this annual report that are known to us and require disclosure in this annual report for which disclosure was not made in this annual report.

### ITEM 9. THE OFFER AND LISTING

### A. Offer and Listing Details

### *Price range of our ordinary shares*

The historical 'high' and 'low' prices of our ordinary shares for the periods stated are as shown below.

|  | Price per Ordinary Share on the SGX-ST (in S$) | |
|---|---|---|
|  | High | Low |
| Annual for 2004 | 2.45 | 0.92 |
| Annual for 2005 | 1.34 | 0.88 |
| Annual for 2006 | 1.42 | 0.84 |
| Annual for 2007 | 1.88 | 1.14 |
| Annual for 2008 | 1.60 | 0.42 |
| Quarterly highs and lows: | | |
| — quarter ended April 1, 2007 | 1.84 | 1.14 |
| — quarter ended July 1, 2007 | 1.88 | 1.58 |
| — quarter ended September 30, 2007 | 1.75 | 1.45 |
| — quarter ended December 30, 2007 | 1.71 | 1.48 |
| — quarter ended March 30, 2008 | 1.60 | 1.10 |
| — quarter ended June 29, 2008 | 1.35 | 1.12 |
| — quarter ended September 28, 2008 | 1.17 | 0.82 |
| — quarter ended December 28, 2008 | 0.92 | 0.40 |