# EXHIBIT A

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Esplanade III
2415 East Camelback Road
Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Facsimile: 602.778.3750
www.ogletreedeakins.com

L. Eric Dowell
Managing Shareholder
Direct: (602) 778-3718
Eric.Dowell@ogletreedeakins.com

June 9, 2009

**VIA E-MAIL, FACSIMILE (602-264-1441)
AND FIRST CLASS MAIL**

Peter Strojnik
Peter K. Strojnik
Peter Strojnik P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

Re:   *STATS ChipPAC Ltd. et al. adv. Sahakian*

Dear Counsel:

In several of the recent depositions you have taken of our witnesses, you have inquired whether certain employees of the company, including Dr. BJ Han and Tan Lay Koon, have made various comments, including, without limitation, alleged derogatory remarks about Jews, Indians, the superiority of Koreans and Japanese over Chinese and Indians, and referring to Americans as "stupid," "fat," and "lazy." It is most curious why you are attempting to pursue this line of inquiry.

As you know, Ms. Sahakian first filed a charge of gender discrimination against STATS ChipPAC with the EEOC on September 18, 2007. She later filed a second charge of retaliation on July 30, 2008. Nowhere in the two charges filed with the EEOC does Ms. Sahakian allege that STATS ChipPAC discriminated against her because of her race or national origin. *See* Notice of Charge of Discrimination dated September 27, 2007, and Notice of Charge of Discrimination dated August 14, 2008. Later, Ms. Sahakian filed a two-count complaint against STATS ChipPAC alleging a claim of gender discrimination—sexually hostile work environment under Title VII of the Civil Rights Act of 1964, and a claim for retaliation under the same Act. Again, Ms. Sahakian does not allege any claim for race or national origin discrimination.

As you know, Ms. Sahakian has alleged that she was "demoted" from STATS ChipPAC on September 18, 2007, and that her employment was terminated on July 1, 2008, as a result of sex discrimination in a sexually hostile work environment. The time period for Ms. Sahakian to have filed a charge of race and/or national origin discrimination has long since passed and she has utterly failed to exhaust her administrative remedies required by law. Because the time to file such a charge has

Peter Strojnik and Peter K. Strojnik
June 9, 2009
Page 2

Ogletree
Deakins

passed, the Federal District Court does not have subject matter jurisdiction over any claims for race or national origin discrimination. As such, Ms. Sahakian's delay in timely asserting any claims for race or national origin discrimination bars those claims.

I raise these issues with you because you are about to take the depositions of Dr. BJ Han and Tan Lay Koon, the two highest ranking executive officers with STATS ChipPAC. Any questions that you may wish to ask them concerning alleged statements that they made of other people concerning race or national origin would be designed to do nothing more than to harass them on matters that are wholly irrelevant to the two claims Ms. Sahakian has asserted in this litigation. As such, please be advised that my clients will not answer such irrelevant and harassing questions, as they are far beyond the scope of Ariz. Rule Civ. P. 26.

I am happy to discuss this further with you, but otherwise I think you know our position and may seek any remedies you feel are necessary with Judge Holland.

Very truly yours,

L. Eric Dowell

LED:gsr

7406381.1 (OGLETREE)

# EXHIBIT B

**Dowell, L. Eric**

**From:** Dowell, L. Eric
**Sent:** Friday, May 22, 2009 6:30 PM
**To:** PksEsq@aol.com
**Cc:** Larsen, Caroline; Strojnik@aol.com
**Subject:** RE: BJ Han and Tan Lay Koon

Peter:
No one made any false statements to the court. As such, nothing needs to be corrected. As for my comment to you and your father on the break that you are morons, it happens to be my personal opinion. You didn't like that word, so I told you to pick a synonym you preferred. I made that comment only after you and your father stood up when we took a break and glibly and sarcastically suggested it was time to "light up some cigars" (implying to me and my witness that you were having a good day with your deposition). In fact, that was the second time you have made that comment in a deposition. Clearly you have been watching too much *Boston Legal*. Talk about embarrassing! As we were walking out of the room your father had to restrain you as you lunged at me. It is a good thing for you that your father was there to stop your aggressive advance. That too, is the second time in a deposition your father has had to restrain you from making a threatening advance toward me and it certainly appeared to me that he has had to do that many times in your life. You did the same thing in the deposition of Chris Shea. And at the end of that deposition you and your father smugly wished me "good luck" because "I was going to need it." My invitation to you to step outside yesterday was to <u>not</u> to challenge you to a fight, but to demonstrate to you that I won't back down from one. I will defend myself if necessary and will not be picked on or intimidated by bullies like you and your father. Thereafter, I will seek my own remedies from the State Bar, law enforcement and the civil courts. Good day.
Eric

**From:** PksEsq@aol.com [mailto:PksEsq@aol.com]
**Sent:** Fri 5/22/2009 3:36 PM
**To:** Dowell, L. Eric
**Cc:** Larsen, Caroline; Strojnik@aol.com
**Subject:** BJ Han and Tan Lay Koon

Counsel Dowell:

Yesterday, Mr. Howell testified under oath that Dr. Han and Mr. Tan were in the United States last week for one week. On March 28, 2009, you stated the next time he would be in the States would be in June. On March 27, 2009 you stated Mr. Tan would not be here until June 1. On April 29, 2009, Ms. Larsen unknowingly admitted that Dr. Han did in fact come to the States during the April 30-May 4 period. You represented to the Court that Dr. Han had canceled that trip.

I ask that you inform the Court of the falsity of your statements by Friday, May 29, 2009. If such is done, my ethical duties will be satisfied.

Furthermore, yesterday you called my father and I morons, cretons and idiots, our response to which was extreme laughter. You also challenged me to a physical fight, and asked me if I wanted to "go outside." Everyone in the room was embarrassed, including your own witness. While I expect such attitude from a young person, I submit it is inexcusable for a man of your experience and wisdom. Please stop. Your attempted intimidation only makes us work harder and focus on the issues even more. Should you threaten physical harm to me again, I have been counseled by the State Bar to refer the matter to the Phoenix Police as well as other actions. Thank you.

Peter K.

---

Recession-proof vacation ideas. <u>Find free things to do in the U.S.</u>

7/1/2009