IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DIANE SAHAKIAN, a single woman,   )
                                  )
                    Plaintiff,    )
                                  )
     vs.                          )
                                  )
STATS ChipPAC, Inc., a foreign    )
corporation; STATS ChipPAC, Ltd., )
a foreign corporation; TEMASEK    )
HOLDINGS PRIVATE LIMITED, a       )
foreign corporation; SINGAPORE    )
TECHNOLOGIES SEMICONDUCTORS       )
PRIVATE LIMITED, a foreign        )
corporation,                      )
                                  )   No. 2:08-cv-0241-HRH
                    Defendants.   )
_____)

O R D E R

Motion to Compel Response
to Nair Subpoena[1]

Defendants move for an order compelling non-party Gopalan Nair to respond to a Rule 45 subpoena.  Plaintiff has responded to defendants' motion; however, Mr. Nair, who was the recipient of defendants' subpoena, has not responded, nor has he otherwise objected to defendants' subpoena.  Moreover, at his deposition, Mr. Nair expressly and under oath agreed to present the documents responsive to defendants' subpoena to a third party for copying on the condition that he be permitted to attend and watch the copying. Mr. Nair has not followed up on that commitment.  Indeed, he is now

---

[1]Docket No. 156.

demanding compensation(at an unreasonable rate) for his time spent in traveling to and attending the copying.

The court finds that Mr. Nair is in civil contempt for failure to respond to the subpoena and his failure to honor his commitment to present the responsive documents to a third-party copying firm. Mr. Nair may purge himself of contempt by either of the following courses of action:

(1) by delivering a copy of all documents responsive to defendants' subpoena to counsel for defendants, on or before July 20, 2009; or

(2) by delivering the original documents responsive to defendants' subpoena to a third-party copying firm designated by counsel for defendants for copying at defendants' expense on or before July 20, 2009.[2] In this event, Mr. Nair may stand by while the copying is accomplished if he chooses to do so.

The court finds that Mr. Nair's refusal to respond to the subpoena as well as his refusal to honor his verbal commitment to produce the documents for copying were unlawful and unreasonable. The court will entertain defendants' application for attorney fees after the responsive documents have been copied.

DATED at Anchorage, Alaska, this <u>6th</u> day of July, 2009.

/s/ H. Russel Holland
United States District Judge

---

[2] Counsel for defendants shall forthwith provide Mr. Nair with the name, address, and business hours of defendants' chosen third-party copying firm.

- 2 -