IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DIANE SAHAKIAN, a single woman, )
)
                   Plaintiff, )
)
vs. )
)
STATS ChipPAC, Inc., a foreign )
corporation; STATS ChipPAC, Ltd., )
a foreign corporation; TEMASEK )
HOLDINGS PRIVATE LIMITED, a )
foreign corporation; SINGAPORE )
TECHNOLOGIES SEMICONDUCTORS )
PRIVATE LIMITED, a foreign )
corporation, )
) No. 2:08-cv-0241-HRH
                   Defendants. )
_____)

O R D E R

Motion to Amend Second Amended Complaint
-and- Motion to Withdraw Motion

    Plaintiff moved for leave to file a third amended complaint.[1] While that motion was pending, plaintiff filed a separate action, setting forth the claim that would have been included in plaintiff's third amended complaint. Plaintiff now moves for leave to withdraw the motion to amend as moot.[2]

    The motion to amend is moot and is denied. The motion for leave to withdraw the motion to amend is granted.

    DATED at Anchorage, Alaska, this <u>6th</u> day of July, 2009.

                                         /s/ H. Russel Holland
                                         United States District Judge

---

[1] Docket No. 153.

[2] Docket No. 173.