L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:    (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>　　　　　　Defendants. | CV08-241-PHX-HRH<br><br>**MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT BY STATS ChipPAC, INC. AND STATS ChipPAC, LTD.** |

Pursuant to Local Rule 7.2(e), Rules of Practice of the United States District Court for the District of Arizona, Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. (collectively "Defendants") respectfully seek leave to exceed the seventeen (17) page limit for their Motion for Summary Judgment. Specifically, Defendants request an additional eight (8) pages for their Motion.

Defendants' Motion must address both claims raised in Plaintiff's Complaint, Defendants' affirmative defense, and Plaintiff's claim for punitive damages. Defendants

must summarize and present factual and legal arguments based on thousands of pages of disclosed documents, and fifteen separate depositions. Defendants cannot sufficiently address all of Plaintiff's claims and allegations within the presumptive seventeen-page limit. In light of the significant cost to the parties, and the time investment required of the Court and the parties if this matter proceeds to trial, permitting Defendants a full and fair opportunity to present their arguments in support of summary judgment could result in substantial savings to all involved.

For these reasons, the Defendants respectfully request that the Court permit them to file a Motion for Summary Judgment up to twenty-five (25) pages in length. A form of Order is attached hereto.

DATED this 20th day of July 2009.

> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
>
>
> By: s/ Caroline Larsen
>    L. Eric Dowell
>    Caroline Larsen
>    Monique Young
>    2415 East Camelback Road, Suite 800
>    Phoenix, Arizona 85016
>    Attorneys for Defendants STATS ChipPAC,
>    Inc. and STATS ChipPAC, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012


s/ Debra A. Perkins

7534634.1 (OGLETREE)

3