**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, vs. | ) **NOTICE OF NO OBJECTION TO EXCEED PAGE LIMITATION** |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. Defendants. | ) |

Plaintiff offers no objection to Defendants' Motion for Leave to Exceed Page Limitation (Doc 219); Plaintiff offers to discuss all procedural issues informally and resolve them, to the extent possible, through stipulation.

RESPECTFULLY SUBMITTED this 20th day of July, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
Peter Kristofer Strojnik
Attorney for Diane Sahakian