UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Diane Sahakian**
PLAINTIFF(S)

v.

**STATS ChipPAC, Inc., et al.**
DEFENDANT(S)

CASE NO.  **CV 08-241-PHX-HRH**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and
CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies)
has been found with the electronically filed document, _Motion for Summary Judgment #222_ filed by
_Caroline Larsen_:

☒ Leave of Court required to file document.

**ACTION REQUIRED BY THE FILER**

☒  The deficiency must be corrected within one (1) business day of this notice.
☒  Re-file document using the "Lodged Proposed Document" event.