## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DIANE SAHAKIAN | v. | STATS ChipPAC, INC., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   2:08-cv-0241-HRH |
| Deputy Clerk | | Official Recorder |
| ----- | | ----- |

PROCEEDINGS:   **ORDER FROM CHAMBERS**

This court, having received the motion of defendants STATS ChipPAC, Inc., and STATS ChipPAC, Ltd., to exceed page limitation for a motion for summary judgment (Docket No. 219), and good cause appearing,

IT IS HEREBY ORDERED that the motion to exceed page limitation is granted and defendants may file a motion for summary judgment up to twenty-five (25) pages, exclusive of attachments and statement of facts.