L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Monique Young, SBN 025121
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:    (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman, | CV08-241-PHX-HRH |
| Plaintiff, | **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REFERENCE TO SETTLEMENT OFFERS OR NEGOTIATIONS PURSUANT TO RULE 12F** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation, | |
| Defendants. | |

Pursuant to Rule 12(f), Defendants hereby move to strike Plaintiff's Response to Defendants' Motion in Limine No. 8 and any reference to settlement negotiations or offers (including the April 4, 2008 Letter) contained therein.

**I. ANY REFERENCE TO SETTLEMENT NEGOTIATIONS OR OFFERS SHOULD BE STRICKEN FROM THE RECORD.**

On February 12, 2009, this Court informed Plaintiff's counsel that it was improper to disclose the contents of settlement offers to the Court. (Doc. No. 60) Plaintiff's counsel, however, ignored this instruction from the Court and pasted the contents of an April 4, 2008 Letter in the Plaintiff's Response to Defendants' Motion in Limine No. 8. This conduct not only violates this Court's express instructions, but also violates Fed. R. Evid. 408. Accordingly, Plaintiff's response to Defendants' Motion in Limine No. 8 and any reference to settlement negotiations or offers (including the April 4, 2008 Letter) contained therein should be stricken from the Record.

**II. CONCLUSION.**

For the reasons set forth herein, Defendants respectfully request that the Court strike Plaintiff's Response to Defendants' Motion in Limine No. 8 and any reference to settlement offers or negotiations (including the April 4, 2008 letter) contained therein from the Record.

DATED this 23rd day of July, 2009.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: s/ Caroline Larsen
   L. Eric Dowell
   Caroline Larsen
   Monique Young
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Attorneys for Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012


s/ Debra Perkins


7545885.1 (OGLETREE)