Diane Sahakian v. STATS ChipPAC, Inc., et al.

U.S. District Court of Arizona, Case No. CV08-241-PHX-HRH

### Index of Exhibits
**Response to Motion for Reconsideration of Court's Denial of
Plaintiff's Motion for In Camera Inspection**

| Exh No. | Description |
|---|---|
| 1. | Deposition transcript of Gail Uy, May 27, 2009. |
| 2. | Deposition transcript of Dr. Han Byung Joon |
| 3. | Affidavit of Dr. Han Byung Joon |

# EXHIBIT 1

UNITED STATES DISTRICT COURT OF ARIZONA

**CERTIFIED COPY**

DIANE SAHAKIAN, a single )
woman, )
)
        Plaintiff, ) Case No.
    vs. ) 2:08-CV-241-PHX-HRH
)
STATS CHIP PAC, )
)
        Defendant. )
_____ )

DEPOSITION OF GAIL UY

Wednesday, May 27,2009

10:00 a.m.

39737 Paseo Padre Parkway, Suite A1
Fremont, California  94536

Monica A. Comer
License No. 11017

09-341MC



**Landi Court Reporters
and Video Services**

1292 Lincoln Ave. ▪ San Jose, CA 95125
Tel: 408.279.8590 ▪ Fax: 408.279.0577
www.landireporters.com

```
 1        Q    BY MR. STROJNIK:  Can you take a look at

 2   Exhibit No. 30, please.  Do you recognize this

 3   exhibit?

 4        A    Yes.

 5        Q    Can you tell me what it is?

 6        A    The date was June 28, 2007.

 7        Q    Did you have your meeting -- I'm sorry.

 8   Did you have your discussion with BJ Han and Janet

 9   Taylor prior to the issuance of this e-mail?

10        A    I can't remember.

11        Q    Was it at or about this time?

12        A    I really can't remember.

13        Q    Exhibit No. 31.  You testified earlier

14   that the inquiry into Diane's management style was

15   initiated by Jik Hoon Kaw?

16        A    Yes.

17        Q    Do you see her name on Exhibit 31

18   anywhere?

19        A    Yes, I do.

20        Q    Do you recognize this exhibit?

21        A    Yes, I do.

22        Q    When was the last time you saw it?

23        A    When I made copies for the file.

24        Q    Okay.  When was the last time you read it?

25        A    After counsel sent it to Jik Hoon Kaw and
```

164

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | ) No. 2:08-cv-241-PHX-HRH<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| STATS ChipPAC, INC., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

VIDEOTAPED DEPOSITION OF BJ HAN, Ph.D.

June 11, 2009
9:04 a.m.
Phoenix, Arizona



Glennie
Reporting Services

7330 North 16th Street
Suite C-202
Phoenix, Arizona 85020-5275

602.266.6535 Phone
602.266.9661 Fax

Prepared by:
Marianne S. Burton, RPR
Arizona Certified
Reporter No. 50519

Prepared for:
Eric L. Dowell
Attorney at Law

(Copy)

1  of this line of questioning?

2        Q.    BY MR. STROJNIK:  You wrote these two

3  memoranda, Exhibits 94 and 95, at a time after you had

4  put Diane Sahakian on special projects, correct?

04:56:59  5        A.    Probably so.  I cannot --

6        Q.    You put her on special projects on August 13?

7        A.    Yes.

8        Q.    And you wrote this memoranda --

9        A.    13, 14.

04:57:09  10        Q.    13, Monday.

11        A.    Okay.

12        Q.    Was there a discussion you had with Gail Uy

13  about the allegations that Diane Sahakian made to Gail in

14  her phone call to Gail?

04:57:28  15        A.    She may have, but I don't think I had -- I have

16  recollection communicating to her directly.  If the

17  conversation came, probably came through some other

18  person.

19        Q.    So Gail Uy did not call you to confirm with you

04:57:50  20  that the facts, as stated by Diane to Gail, were true?

21              MR. DOWELL:  Object to the form of the

22  question.  He said he couldn't recall.

23              Please do not continue to try to misstate

24  his testimony, Counsel.

04:58:04  25              THE WITNESS:  I answered.  I don't recall

BJ HAN, Ph.D. - 6/11/09

1  whether she called and somebody else told me.

2      Q.    BY MR. STROJNIK:  Do you recall a conversation

3  with Gail Uy sometime between August 7 and August 13?

4          MR. DOWELL:  Same objection.

04:58:24  5      Q.    BY MR. STROJNIK:  Do you recall --

6      A.    I don't recall.

7      Q.    -- do you recall a conversation about the facts

8  of your communication with Diane that lasted two and a

9  half hours in which you now allege she accused you of

04:58:39  10  criminal acts with any person?

11      A.    I probably had, but I cannot remember all

12  those.

13      Q.    Did you have a conversation with Janet Taylor?

14          MR. DOWELL:  I'm going to object to the form

04:58:54  15  of the question.

16          To the extent you had any conversations with

17  legal counsel about any of these matters, you are not to

18  discuss them at all.

19          I'm instructing the witness not to answer.

04:59:07  20          THE WITNESS:  Again, I don't recall exactly.

21  If you look at the time frame, I don't exactly recall.

22      Q.    BY MR. STROJNIK:  Was it Janet, Janet Taylor

23  who recommended to you to put Diane on special projects?

24          MR. DOWELL:  I'm going to object to the form

04:59:20  25  of the question; instruct the witness not to answer the

# EXHIBIT 3

## AFFIDAVIT OF DR. HAN BYUNG JOON

| | |
|---|---|
| Singapore | ) |
| | ) ss. |
| Republic of Singapore | ) |

Dr. Han Byung Joon, being duly sworn upon my oath, states as follows:

1.    I am an adult resident of the city-state of Singapore.  I am competent to testify as to all of the facts set forth herein and will so testify if called upon to do so.  I have personal knowledge of the matters set forth herein, based upon my observations and personal participation in the events described below.

2.    I am the Executive Vice President and Chief Technology Officer of STATS ChipPAC, Ltd.

3.    On August 13, 2007, I circulated a memorandum informing those employees, who had a business reason to know, that Diane Sahakian ("Sahakian") had been reassigned from her supervisory position as Vice President of Emerging Technology into a role as an independent contributor, as Vice President of Special Projects.

4.    Prior to making the reassignment, I did not discuss the decision-making process leading up to this change with either Gail Uy or Janet Taylor.

5.    To the best of my knowledge, Gail Uy and Janet Taylor did not learn of Ms. Sahakian's reassignment to Vice President of Special Projects until the e-mail announcement I sent on August 13, 2007.

6.    At some point after I circulated the memorandum, I spoke with Gail Uy and Janet Taylor about my August 7, 2007 telephone conversation with Ms. Sahakian, wherein she threatened to take legal action against me and/or the company for my inquiries into her management style following the receipt of numerous employee complaints.

7.    I consulted with Gail Uy and Janet Taylor for no other purpose than to decide how the company should respond to Ms. Sahakian's threat.

Pursuant to the laws of the United States of America and the State of Arizona, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August 2009 in Singapore.

_____
Dr. Han Byung Joon