Peter Strojnik, 006464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*
Attorney for Ms. Sahakian

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DIANE SAHAKIAN, a single woman,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation.<br><br>　　　　　　　　　　　　Defendants. | NO. CV-08-241-PHX-HRH<br><br>**MOTION FOR LEAVE TO WITHDRAW MOTION FOR RULE 11 SANCTIONS (doc 220) IN LIEU OF REPLY TO DEFENDANTS' RESPONSE (doc 252)** |

　　　Plaintiff respectfully seeks leave to withdraw the Motion for Sanctions (doc 220) for the following reasons:

　　　On or about July 16, 2009, counsel for Plaintiff received the Order denying defendants' motion to amend the answer to assert a counterclaim for abuse of process (doc 216). Although the Order favored Plaintiff's position, Plaintiff's counsel noted that the Court opined that, "[a] good deal of plaintiff's counsel's conduct of which the STATS defendants complain, if not calculated to irritate opposing counsel, very understandably had that effect even if not intended." (See Exhibit 1, Declaration of Counsel)

-1-

Counsel for Plaintiff was so concerned with this impression that he placed a telephone call to Mr. Dowell to offer his apologies for any irritation or distress that he may have inadvertently caused. It is not counsel's intent to cause unnecessary distress in any litigation matter; Plaintiff's counsel's intent is to represent the client zealously, but within the bounds of the law. Id.

Mr. Dowell graciously accepted counsel's apology and, in turn, apologized for any distress that he may have caused during this litigation; his apology was also accepted. Thereafter, both counsel agreed that the better way to conduct this litigation was to act cooperatively, discuss issued prior to filing motions and otherwise conduct this matter amiably while passionately representing their clients' interests. Id.

In light of the agreement of amiable cooperation, in the spirit of compromise, and in anticipation of future accommodating engagement between counsel, the undersigned no longer believes that it would serve the best interests of either Party or the Court if the currently pending Motion for Rule 11 Sanctions should remain. Id.

Accordingly, Plaintiff requests leave to withdraw Motion for Rule 11 Sanctions (doc 220).

RESPECTFULLY SUBMITTED this 10th day of August, 2009.

**PETER STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for the Ms. Sahakian