IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN, a single woman,   )
                                  )
                    Plaintiff,    )
                                  )
     vs.                          )
                                  )
STATS ChipPAC, Inc., a foreign    )
corporation, et al.,              )
                                  )    No. 2:08-cv-0241-HRH
                    Defendants.   )
_____)
```

O R D E R

Motion to Withdraw
Motion for Sanctions

    Plaintiff moved for sanctions.[1] Plaintiff now moves for leave to withdraw that motion.[2]

    The court is pleased to grant the motion to withdraw the motion for sanctions. That motion is granted, and the motion for sanctions is withdrawn.

    DATED at Anchorage, Alaska, this <u>25th</u> day of August, 2009.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 220.

[2] Docket No. 256.