**THE STROJNIK FIRM LLC**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **NOTICE OF FALSE AFFIDAVIT FILED BY GAIL UY** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation. | |
| Defendants. | |

Plaintiff has discovered that the portion of the Affidavit of Gail Uy (Doc. 270) upon which this Court relied in deciding Plaintiff's Motion for Reconsideration of In Camera Review of Gail Uy, and the Motion to Depose Janet Taylor, is **false**. In Paragraph 6 of Ms. Uy's Affidavit (Doc. 270), she clearly states without condition or caveat that the Uy/Han/Taylor conversation occurred after Ms. Sahakian's reassignment to special projects. However, during

the reconvene of Ms. Uy's deposition in Phoenix, Ms. Uy admitted having no memory of when this conversation took place:

> **Q.   Was your conversation with Janet Taylor and Dr. Han prior to that e-mail [reassigning Ms. Sahakian to Special Projectes] coming out, or subsequent to that e-mail coming out?**
>
> **A.   I can't remember exact dates.**

*See*, Deposition of Gail Uy at 207:12-15 (Exhibit 1). Not only is Ms. Uy's Affidavit objectionable on moral and legal grounds, it has actually deceived the Court:

```
It is now clear from the facts put before the court by
the parties that the conference with STATS counsel,
about which plaintiff would have the court examine Ms.
Uy in camera, took place subsequent to (not before) the
alleged demotion of plaintiff [referencing via footnote
Affidavit of Gail Uy, Doc. 270].  Inasmuch as the
alleged demotion of plaintiff took place before Dr.
Han, Gail Uy, and STATS counsel conferred, there is no
basis for plaintiff's contention that Dr. Han and STATS
counsel conspired to impermissibly demote plaintiff.
```

*See*, Doc. 287 at 3. As such, this must be condemned.

RESPECTFULLY SUBMITTED this 16th Day of October, 2009.

THE STROJNIK FIRM LLC

_____
Peter Kristofer Strojnik
Attorney for Plaintiff