MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DIANE SAHAKIAN | v. | STATS ChipPAC, INC., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   2:08-cv-0241-HRH |
| Deputy Clerk | | Official Recorder |
| ----- | | ----- |

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Oral argument on Temasek Holdings and Singapore Technologies' Motion to Dismiss Second Amended Complaint (Docket No. 124), Plaintiff's Motion for Partial Summary Judgment (Docket No. 217), and the STATS Defendants' Motion for Summary Judgment (Docket No. 229) is hereby scheduled for Friday, November 13, 2009, at 9:00 a.m., in Courtroom 401, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona.

Unless otherwise ordered by the court when it has completed its review of these motions, oral argument on these three motions shall not exceed one hour total.  The parties may divide their time on these three motions as they wish.

Ordinarily, the court informally consults with counsel prior to scheduling oral argument on motions.  In this instance, however, it is the court's strong preference to hear argument on these motions in person rather than telephonically.  Counsel are therefore requested to take what action is necessary to clear their calendars so as to be available for argument on the morning of November 13, this being the only day the court will be in Phoenix during November.