**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Lawrence J. Rosenfeld, SBN 004426
Michael C. Mason, SBN 021921
rosenfeldl@gtlaw.com
masonm@gtlaw.com
*Attorneys for Defendants Temasek Holdings (Private) Limited and Singapore Technologies Semiconductors (Private), Ltd.*

**THE LAW FIRM OF PETER STROJNIK**
3030 North Central Avenue, Ste. 1401
Phoenix, Arizona 85012
(602) 524-6602

Peter Strojnik, SBN 006464
Strojnik@aol.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>Defendants. | NO. CV-08-241-PHX-HRH<br><br>**STIPULATION RE: SUBMISSION, ON BRIEFS, OF DEFENDANTS TEMASEK AND STS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Plaintiff Diane Sahakian ("Sahakian") and Defendants Temasek Holdings (Private) Limited ("Temasek") and Singapore Technologies Semiconductors (Private) Limited ("STS"), by and through their attorneys undersigned, hereby stipulate and agree as follows:

TCO 358,163,156v1

1. By Order dated October 16, 2009, the Court set three pending Motions for oral argument, on November 13, 2009, and ordered the parties to reach agreement on a division of the one hour allotted for said Motions to be heard.

2. Pursuant thereto, and after consultation among counsel, counsel for Sahakian and counsel for Temasek and STS agreed to waive oral argument on Temasek and STS' Motion to Dismiss Second Amended Complaint, and to submit said Motion for ruling on the briefs, thereby allowing the entire hour of oral argument to be devoted to the pending summary judgment motions filed by Sahakian and Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. ("STATS").

Counsel for STATS has reviewed this Stipulation between counsel for Sahakian and counsel for Temasek and STS, and has no objection thereto.

A form of Order is submitted simultaneously herewith.

RESPECTFULLY SUBMITTED this 11th day of November, 2009.

GREENBERG TRAURIG, LLP


By:  *s/ Lawrence J. Rosenfeld*
Lawrence J. Rosenfeld
Michael C. Mason
*Attorneys for Defendants Temasek Holdings (Private) Limited and Singapore Technologies Semiconductors (Private) Limited*


THE LAW FIRM OF PETER STROJNIK


By:  *s/ Peter Strojnik*, with permission
Peter Strojnik
*Attorneys for Plaintiff*

TCO 358,163,156v1

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on November 11, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and Order to the following CM/ECF registrants:

Peter Strojnik, Esq.
The Law Firm Of Peter Strojnik
3030 North Central Avenue, Ste. 1401
Phoenix, Arizona  85012
*Attorney for Plaintiff*
Strojnik@aol.com

L. Eric Dowell, Esq.
Caroline Larsen, Esq.
Monique Young, Esq.
Ogletree Deakins Nash Smoak Stewart, PC
2415 E. Camelback Rd., Ste. 800
Phoenix, AZ  85016-0001
*Attorneys for Defendants STATS ChipPac, Larsen, and Ogletree Deakins Nash Smoak Stewart*
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Monique.Young@ogletreedeakins.com

            *s/Helen B. Pisano*

*TCO 358,163,156v1*