1  L. Eric Dowell, SBN 011458
2  Caroline Larsen, SBN 022547
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
3  2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
4  Telephone:   (602) 778-3700
5  Facsimile:   (602) 778-3750
   Eric.Dowell@ogletreedeakins.com
6  Caroline.Larsen@ogletreedeakins.com
7  Attorneys for Defendants STATS ChipPAC, Inc.
   and STATS ChipPAC, Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>    Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>    Defendants. | CV08-241-PHX-HRH<br><br>**NOTICE OF SERVICE OF DEFENDANTS STATS CHIPPAC, INC., AND STATS CHIPPAC, LTD.'S OFFER OF JUDGMENT TO PLAINTIFF** |

NOTICE IS HEREBY GIVEN that Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. served their Offer of Judgment upon counsel for Plaintiff Diane Sahakian by U.S. mail, postage prepaid, on this 2nd day of December 2009.

///

///

///

1     DATED this 2nd day of December 2009.

                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.

                                            By: s/ Caroline Larsen
                                                L. Eric Dowell
                                                Caroline Larsen
                                                2415 East Camelback Road, Suite 800
                                                Phoenix, Arizona 85016
                                                Attorneys for Defendants
                                                STATS ChipPAC, Inc. and STATS
                                                ChipPAC, Ltd.

*(Left margin: OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. / 2415 EAST CAMELBACK ROAD, SUITE 800 / PHOENIX, ARIZONA 85016 / (602) 364-7000)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
PETER STROKNIK P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, Arizona 85012

Peter K. Strojnik
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Avenue, Suite 1401B
Phoenix, Arizona 85012

 s/ Debra Perkins

7953460.1 (OGLETREE)

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 364-7000