**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, ) | NO.  2:08-cv-241-PHX-HRH |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S NOTICE OF ACCURATE** |
| ) | **ORGANIZATIONAL CHART AT TIME** |
| vs. ) | **OF PLAINTIFF'S REASSIGNMENT** |
| ) | |
| STATS ChipPAC, Inc., a foreign ) | |
| corporation; STATS ChipPAC, Ltd., a ) | |
| foreign corporation, ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that Exhibit B to Doc. 317 filed by Defendant STATS ChipPAC is an inaccurate organizational chart at the time Ms. Sahakian was reassigned to special projects.  The inaccuracy is the letters "VP" (vice president) next to Ms. Sahakian's name in the Exhibit B chart.  The *accurate* organizational chart does not have "VP" next to Ms. Sahakian's name.  The accurate organizational chart is attached hereto as Exhibit 1, which is the organizational chart attached to the August 13, 2007, Dr. Han e-mail reassigning Ms. Sahakian.

DATED this 10th Day of December, 2009.

                                                                                   THE STROJNIK FIRM LLC



                                                                                    Peter Kristofer Strojnik
                                                                                    Attorney for Plaintiff