**From:** SAHAKIAN Diane (SCI-ET)
**Sent:** Monday, August 13, 2007 9:21 AM
**To:** CARSON Flynn (SCI-ET); CHANDRA Harry (SCI-ET); KIM GeunSik (SCI-Director ET); MURPHY Adrian (SCI-ET); PADMANATHAN Meenakshi (SCI-ET); PENDSE Raj (SCI-ET); RAMAKRISHNA Ram (SCI-ET); SHEA Chris (SCI-Administration)
**Cc:** LEE Kenny (SCK-Exec); SHIM Il Kwon (SCH-TECH DIV); DO Byung Tai (SCH-TECH DIV); Susan Park(SCK-RDCI); SHEA Chris (SCI-Administration); LAU Jasmine (SCH-CORP R&D); AHN Billy (SCK-D&C); BJ HAN (SCH-Chief Technology Officer); JEWLER Scott (SCH-Chief Strategy Officer); WAN Choong Hoe (SCH-Chief Operating Officer); NG Tiong Gee (SCH-Chief Information Officer); THAM Kah Locke (SCH-CORP FIN); TAYLOR Janet (SCH-CORP LGL); TAN Lay Koon (SCH-President & CEO)
**Subject:** RE: Change in Manaement - Emerging Technology

Dear ET team,

I am as surprised as you, this morning, by the sudden turn of events. In time, I am sure all of us will be informed as to why and what is this change.
Regardless, your continued diligence is key to the continued success of our exemplary team.

I greatly appreciate your support for me as your manager. I have not worked with a better group in my 11 years with ChipPAC, STATS, and StatsChpPAC. I am very proud of this team and the work we have done. Each and every one of you is very bright, self motivated, hard working, loyal employees who are a great asset to the company. Please remain as such.

Speculation, under the circumstances, will not speak well of us.

It's been my pleasure and honor to be your manager. I look forward to your continued support and friendship no matter what awaits me henceforth.

Best regards,
Diane Sahakian

**From:** BJ HAN (SCH-Chief Technology Officer)
**Sent:** Sunday, August 12, 2007 11:03 PM
**To:** JEWLER Scott (SCH-Chief Strategy Officer); WAN Choong Hoe (SCH-Chief Operating Officer); NG Tiong Gee (SCH-Chief Information Officer); THAM Kah Locke (SCH-CORP FIN); TAYLOR Janet (SCH-CORP LGL)
**Cc:** LEE Kenny (SCK-Exec); PENDSE Raj (SCI-ET); CARSON Flynn (SCI-ET); RAMAKRISHNA Ram (SCI-ET); SAHAKIAN Diane (SCI-ET); SHIM Il Kwon (SCH-TECH DIV); DO Byung Tai (SCH-TECH DIV); Susan Park(SCK-RDCI); SHEA Chris (SCI-Administration); LAU Jasmine (SCH-CORP R&D); AHN Billy (SCK-D&C)
**Subject:** Change in Manaement - Emerging Technology

Dear leaders,

DS-0634

Thank you for continuous support of technology organization. Please be advised some change in the management of ET organization, and help me by informing relevant employees in your organizations for continuous business alignment.

Effective immediately, I will be replacing Diane Sahakian as acting manager of ET. All the existing structures sustain as before. Attached is new organization chart for ET.

Best Regards,
BJ

DS-0635



Emerging Technology

BJ Han (Acting)
(5121)

Chris Shea
Technical Coordinator

Dr. Raj Pendse, VP
Flip Chip / WLCSP

Adrian Murphy, Product Mgr
Flip Chip / WLCSP

Harry Chandra, Product Mgr
Flip Chip / WLCSP

Diane Sahakian
Special Project

Ram Ramakrishna,
Director
Next Gen Integration

Meenakshi Padmanathan

Flynn Carson, VP
3D and SiP

GS Kim, Director
3D: SD/PiP/PoP

TBH
SiP

STATSchipPAC™

Confidential     1

DS-0636