**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE SAHAKIAN, a single woman, | NO. 2:08-cv-241-PHX-HRH |
| Plaintiff, | **NOTICE OF NON-SETTLEMENT** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC, Ltd., a foreign corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the Parties did not settle this matter.

DATED this 10th Day of December, 2009.

THE STROJNIK FIRM LLC

_____
Peter Kristofer Strojnik
Attorney for Plaintiff

-1-