IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN, a single woman,    )
                                   )
                Plaintiff,         )
                                   )
     vs.                           )
                                   )
STATS ChipPAC, Inc., a foreign     )
corporation, et al.,               )
                                   )   No. 2:08-cv-0241-HRH
                Defendants.        )
_____)
```

O R D E R

Motion in Limine No. 3[1]

The STATS defendants' third motion <u>in limine</u> seeks to exclude the testimony of Janet Taylor, STATS defendants' general counsel. Plaintiff has filed what is in substance a qualified opposition — qualified in the sense that whether or not Ms. Taylor might appropriately be a witness depended upon the outcome of other motions which, at the time this third motion <u>in limine</u> was filed, were pending before the court. Those other motions have now been decided.

By order of July 24, 2009,[2] the court denied plaintiff's motion for the <u>in camera</u> examination of Ms. Uy, by which plaintiff had sought the disclosure of communications between Uy and

---

[1]Docket No. 187.

[2]Docket No. 245.

- 1 -

Ms. Taylor. By order of July 29, 2009,[3] the court undertook to reconsider the foregoing order. After permitting the STATS defendants to supplement their response to the motion for reconsideration,[4] the court, by order of September 14, 2009,[5] granted reconsideration of the initial order concerning in camera examination of Uy; but, after reconsideration, the motion for in camera examination of Uy was denied. In the meantime, plaintiff had moved to depose Ms. Taylor; and, by order of October 9, 2009,[6] the court denied the motion to depose Ms. Taylor.

In consideration of the foregoing, the court is unpersuaded that Ms. Taylor could offer any relevant, admissible testimony if called as a witness in this case. In addition to being general counsel for the STATS defendants, those defendants report to the court that Ms. Taylor did not work in the Tempe office where plaintiff was employed, nor did she have any supervisory responsibilities with respect to plaintiff. Ms. Taylor has no firsthand factual knowledge with respect to plaintiff's work environment.

The STATS defendants' third motion in limine to exclude testimony from STATS general counsel is granted.

DATED at Anchorage, Alaska, this 15th day of January, 2010.

/s/ H. Russel Holland
United States District Judge

---

[3]Docket No. 250.

[4]Docket No. 269.

[5]Docket No. 287.

[6]Docket No. 305.