IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DIANE SAHAKIAN, a single woman,    )
                                   )
                        Plaintiff, )
                                   )
    vs.                            )
                                   )
STATS ChipPAC, Inc., a foreign     )
corporation, et al.,               )
                                   )    No. 2:08-cv-0241-HRH
                       Defendants. )
_____)

O R D E R

Motion in Limine No. 7[1]

The STATS defendants' Motion in Limine No. 7 seeks an order excluding any evidence of or reference to Mr. Gongora's employment history with Amkor Technology, Inc., and General Electric. The motion is opposed. Oral argument has not been requested and is not deemed necessary.

Relying upon Rules 401 and 402, Federal Rules of Evidence, the STATS defendants contend that Mr. Gongora's employment history is irrelevant to plaintiff's sexually hostile work environment claim. Relying on Rules 403 and 404(b), Federal Rules of Evidence, the STATS defendants contend that any relevancy which Mr. Gongora's employment history might have is likely to distract and mislead the jury and is improper character evidence.

---

[1]Docket No. 191.

- 1 -

Plaintiff has provided no evidence that the STATS defendants knew of the details of Mr. Gongora's prior employment upon which he intends relying (a disciplinary memorandum and the actual reasons for his termination from Amkor). Even if the STATS defendants were aware of the foregoing, that information appears both remote and of little or no relevance to Mr. Gongora's performance as an employee of the STATS defendants, or more importantly, his interrelationship with plaintiff, his supervisor. Moreover, the evidence which plaintiff would offer appears to run afoul of Rule 404(b) in that it appears aimed at setting up an impermissible character argument: <u>i.e.</u>, if Mr. Gongora performed badly with one employer, he probably did so with the STATS defendants. Plaintiff's claim is going to have to stand on its own merits.

The STATS defendants' Motion <u>in Limine</u> No. 7 is granted as to adverse job performance by Mr. Gongora with Amkor.

DATED at Anchorage, Alaska, this <u>20th</u> day of January, 2010.

<u>/s/ H. Russel Holland</u><br>
United States District Judge