L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:    (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com
Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation,<br><br>　　　　　　　Defendants. | CV08-241-PHX-HRH<br><br>**DEFENDANTS STATS ChipPAC, INC., AND STATS ChipPAC, LTD.'S NOTICE REGARDING SETTLEMENT CONFERENCE** |

　　　　Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. hereby submit this notice to advise the Court and United States Magistrate Judge David K. Duncan, who has scheduled a settlement conference in this action, that General Counsel for STATS ChipPAC, Ltd., one of the attorneys who will be responsible for trial of this case, and the insurance representative primarily responsible for the policy that may be liable to satisfy part or all of the judgment in this action, if any, cannot attend the settlement conference, currently scheduled for January 29, 2010.

　　　　On January 22, 2010, the parties had a teleconference with United States District Judge H. Russel Holland to advise of their interest in scheduling a settlement conference

in this action. During that conference, Plaintiff's counsel requested that the settlement conference occur within the next one-and-a-half to two weeks, so that he might avoid unnecessary trial preparation in the event that the case settles. Defendants' counsel advised that General Counsel for STATS ChipPAC, Ltd., who works and resides in Singapore, might not be able to travel to Phoenix, Arizona on such short notice. United States District Judge Holland acknowledged the difficulty of coordinating travel on such short notice, and indicated that he would advise United States Magistrate Judge Duncan, who the parties requested conduct the settlement conference, that the parties were willing to forego the physical attendance of STATS ChipPAC, Ltd.'s General Counsel in order to proceed with the conference as quickly as possible.

On January 25, 2010, counsel for the parties conferred regarding scheduling and coordinated with United States Magistrate Judge Duncan's chambers to set the conference. Later that day, United States Magistrate Judge Duncan issued an order confirming the date and time of the conference and further ordering "that all parties and their counsel who are responsible for trial of this case **SHALL** physically appear before the undersigned settlement judge" for the settlement conference on January 29, 2010. (Doc. 335.)

In light of the language of this Order, STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. wish to advise the Court and United States Magistrate Judge Duncan that General Counsel for STATS ChipPAC, Ltd. is only available to participate in the conference by telephone, although another STATS ChipPAC, Inc. attorney, who resides in the United States, can attend in person. Furthermore, L. Eric Dowell, one of two attorneys responsible for trial of this case, will be traveling on January 29, 2010 and unavailable to attend the settlement conference. Undersigned counsel, however, is available to attend, has been involved at all phases of discovery and briefing of this action, will be responsible for trial of this case, and is fully prepared to discuss any aspect of the case with United States Magistrate Judge Duncan. Finally, the representative of the insurance company that issued the insurance policy that may be liable to satisfy part

or all of the judgment in this action, if any, is traveling internationally and cannot attend the settlement conference on such short notice, although another representative from the insurance company can be available.

STATS ChipPAC, Inc. and STATS ChipPAC, Ltd. are fully prepared to proceed with the settlement conference on Friday, but to inform the Court and United States Magistrate Judge Duncan of these scheduling issues. Under the circumstances, Defendants would not object to rescheduling the settlement conference, if that is the preference of Plaintiff or United States Magistrate Judge Duncan, with the understanding that the parties wish to participate in the conference at the earliest possible date, to avoid potentially unnecessary preparation for trial, currently scheduled to occur sometime between March 22 and April 9, 2010.

RESPECTFULLY SUBMITTED this 27th day of January, 2010.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.


By: s/ Caroline Larsen
    L. Eric Dowell
    Caroline Larsen
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Attorneys for Defendants
    STATS ChipPAC, Inc. and STATS
    ChipPAC, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
PETER STROKNIK P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, Arizona 85012

Peter K. Strojnik
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Avenue, Suite 1401B
Phoenix, Arizona 85012

 s/ Debra Perkins

8147023.1 (OGLETREE)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 364-7000