IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN, a single woman,    )
                                   )
                    Plaintiff,     )
                                   )
    vs.                            )
                                   )
STATS ChipPAC, Inc., a foreign     )
corporation, et al.,               )
                                   )   No. 2:08-cv-0241-HRH
                    Defendants.    )
_____)
```

O R D E R

Motion for Sanctions[1]

    Defendants move for sanctions against plaintiff's counsel. The motion is opposed. Oral argument has not been requested and is not deemed necessary.

    There is a high probability that the court would have granted the instant motion but for two considerations. First, the motion was filed August 21, 2009, a point in time when the case was so far advanced that granting the motion would have severely prejudiced the plaintiff. Instead of granting the motion, and after conferring with counsel for both sides privately, the court determined to simply leave the motion pending lest there be the necessity of re-briefing the matter should the court encounter further difficulty with counsel.

---

    [1]Docket No. 265.

Second, in recent months the case appears to have proceeded in an appropriate fashion; and most recently, at the final pretrial conference, the court was informed that plaintiff had new lead counsel for purposes of the trial of this case.  In consideration of the foregoing, defendants' motion for sanctions against plaintiff's counsel is denied.

DATED at Anchorage, Alaska, this <u>19th</u> day of March, 2010.

<u>/s/ H. Russel Holland</u>
United States District Judge