IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN,                      )
                                     )
                    Plaintiff,       )
                                     )
     vs.                             )
                                     )
STATS ChipPAC, INC., et al.,         )
                                     )   No. 2:08-cv-0241-HRH
                    Defendants.      )
_____)
```

O R D E R

Motion to Amend Witness List

    Plaintiff moves to amend her final trial witness list. (Docket No. 367.) The motion is opposed. The reasons offered for revision of the order of witnesses are insubstantial and appear to have their origins in poor planning by plaintiff's original counsel in preparing plaintiff's original, final trial witness list. However, plaintiff's motion is granted subject to conditions:

(1) At defendant's election, plaintiff's first witnesses will not be called until Tuesday morning.

(2) The time lost after completion of opening statements will be charged to plaintiff.

(3) Item 10 on plaintiff's motion (Docket No. 367, page 2) is rejected except as to rebuttal witnesses.

- 1

(4) Plaintiff's direct case will be limited to the nine witnesses most recently disclosed by plaintiff, to be called in the order now listed in plaintiff's motions.

DATED at Phoenix, Arizona, this 26th day of March, 2010.

/s/ H. Russel Holland
United States District Judge

- 2