# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL TRIAL MINUTES

Phoenix/Prescott Division


CIV: 08 / 00241 / HRH        DATE: 3/29/2010
     Year   Case No.  Initials

TITLE: Diane Sahakian                vs.    STATS ChipPAC, Inc., et al

=======================================================================

HON: H. Russel Holland                Judge # 7-08


Joanna Rosales                        David German
      Deputy Clerk                        Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**        **Attorney(s) for Defendant(s)**

Stephen Montoya                       Leigh Dowell

_____               Caroline Larsen

=======================================================================
**PROCEEDINGS: X JURY TRIAL     NON-JURY TRIAL   X VOIR DIRE   X JURY SWORN**


Trial day # One (1)

In addition to above, Plaintiff Diane Sahakian and client representative for the Defendants, Janet Taylor, are present.

8:53 a.m.  Court convenes with parties present as stated above. Jury panel is not present.  Pretrial matters are discussed. As set forth on the record, matters will be addressed at a later time. Plaintiff moves to allow witness Dennis Daniels to testify today. Over objection by the Defendant, the motion is granted. 9:12 AM Jury panel is now present and sworn for voir dire examination. Voir dire commences. 10:18 a.m. Discussion held at sidebar regarding Juror 20. Due to issues with the audio feed and upon agreement by both counsel, discussion is held off the record. 10:45 a.m. Recess.

11:08 a.m.  Court reconvenes outside the presence of the jury. Challenges for cause and hardship are made. 11:16 a.m. Jury panel is now present. A jury of eight members is empaneled. 11:20 a.m. Jury panel is excused from the courtroom and court remains in session.  Plaintiff makes *Batson* challenges as to Jurors 2, 6, 22 and 30. Plantiff's *Batson* challenges are overruled as to Jurors 6, 22 and 30, and granted as to Juror 2 as set forth on the record. 11:40 a.m. Jury panel is now present. A jury of eight members is re-empaneled and sworn. Remaining jurors are excused. 11:45 a.m. Recess.

12:49 a.m.  Court reconvenes outside the presence of the jury. Defendant's Motion is Limine is discussed. 1:01 p.m. Jury panel is now present. The jury is given preliminary instructions by the Court. Counsel present opening statements. 2:43 p.m. Recess

2:57 p.m.  Court reconvenes. The jury is present **Plaintiff's case**: Dennis Daniels is sworn and examined. 3:47 p.m. Discussion held at sidebar (off the record).

CV 08-241-PHX-HRH
March 29, 2010
Page Two


3:49 p.m. Cross-examination. 4:07 p.m. Re-direct. 4:24 p.m. Discussion held at sidebar (off the record). Witness is excused. 4:31 p.m. Jury is excused for the day and court remains in session. Trial exhibits are discussed. 4:39 p.m.  Court stands at recess until 9:00 a.m. on Tuesday, March 30, 2010.


                                        Time in Court: 6 hrs 18 mins