IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL TRIAL MINUTES

Phoenix/Prescott Division

CIV: 08 / 00241 / HRH        DATE: 3/30/2010
    Year   Case No.   Initials

TITLE: Diane Sahakian                    vs.   STATS ChipPAC, Inc., et al

==============================================================================

HON: H. Russel Holland               Judge # 7-08

Joanna Rosales                            David German
    Deputy Clerk                            Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**          **Attorney(s) for Defendant(s)**

Stephen Montoya                           Leigh Dowell

                                          Caroline Larsen

==============================================================================
**PROCEEDINGS:**  X  JURY TRIAL     ___NON-JURY TRIAL     ___VOIR DIRE     ___JURY SWORN

Trial day # Two (2)

In addition to above, Plaintiff Diane Sahakian and client representative for the Defendants, Janet Taylor, are present.

9:10 a.m.  Court reconvenes with parties present as stated above. The jury is present. Jay Ewanich is sworn. 9:12 a.m. Discussion held at sidebar. 9:13 a.m. Jury exits the courtroom and court remains in session. The Court is advised that the parties have reached a settlement. Terms of the settlement are set forth on the record. 9:30 a.m. Jury is now present. The Court informs the jury that a settlement has been reached and thanks the jury for their service. 9:33 a.m. Trial is adjourned.

**LATER:** Counsel are directed to file their closing documents within 30 days of today's date.

                                                    Time in Court: 23 mins

Exhibits are returned to counsel this date.