# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman, | CV08-241-PHX-HRH |
| Plaintiff, | **ORDER** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation, | |
| Defendants. | |

Upon the Parties' Stipulated Motion and good causing appearing therefor,

IT IS HEREBY ORDERED granting the Stipulated Motion to Seal the Transcript from the March 30, 2010 Court Proceedings and directing the Clerk of the Court to seal the transcript.