MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>DIANE SAHAKIAN</u>                    v.   <u>STATS ChipPAC, INC., et al.</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  <u>2:08-cv-0241-HRH</u>

   <u>Deputy Clerk</u>                     <u>Official Recorder</u>

       -----                               -----

PROCEEDINGS:    **NOTICE TO COUNSEL**

Upon the parties' stipulated motion (Docket No. 377), and good cause appearing therefor,

IT IS HEREBY ORDERED: granting the stipulated motion to seal the record of the March 30, 2010, court proceedings and directing the clerk of the court to seal the record.