L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:   (602) 778-3700
Facsimile:   (602) 778-3750
Eric.Dowell@ogletreedeakins.com
Caroline.Larsen@ogletreedeakins.com

Attorneys for Defendants STATS ChipPAC, Inc.
and STATS ChipPAC, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Sahakian, a single woman, | CV08-241-PHX-HRH |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATS ChipPAC, Inc., a foreign corporation; STATS ChipPAC Ltd, a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Diane Sahakian and Defendants STATS ChipPAC, Inc. and STATS ChipPAC, Ltd., through undersigned counsel, that the above-captioned matter shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

///

///

///

///

1     DATED this 30th day of April 2010.

                          OGLETREE, DEAKINS, NASH,
                          SMOAK & STEWART, P.C.


                          By: /s/ Caroline Larsen
                              L. Eric Dowell
                              Caroline Larsen
                              2415 East Camelback Road, Suite 800
                              Phoenix, Arizona 85016
                              Attorneys for Defendants STATS ChipPAC,
                              Inc. and STATS ChipPAC, Ltd.


                          MONTOYA JIMENEZ


                          By:/s/ Stephen G. Montoya (with permission)
                              Stephen G. Montoya
                              3200 North Central Avenue, Suite 2550
                              Phoenix, Arizona 85012-2490
                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

Peter K. Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401B
Phoenix, Arizona 85012

Stephen G. Montoya
Montoya Jimenez
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012-2490

Attorneys for Plaintiff


/s/ Eva Pintor

8549832.1 (OGLETREE)

3