IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
DIANE SAHAKIAN, a single woman,    )
                                   )
                    Plaintiff,     )
                                   )
     vs.                           )
                                   )
STATS ChipPAC, Inc., a foreign     )
corporation, et al.,               )
                                   )    No. 2:08-cv-0241-HRH
                    Defendants.    )
_____)
```

O R D E R

Case Dismissed

    Plaintiff Diane Sahakian and defendants STATS ChipPAC, Inc., and STATS ChipPAC, Ltd., having notified the court that they reached a settlement in the above-captioned matter and having moved and stipulated that this matter be dismissed in its entirety, with prejudice, with each party to bear its own fees and costs, and good cause appearing therefor,

    IT IS HEREBY ORDERED dismissing this action in its entirety, with prejudice, each party to bear its own attorney fees and costs.

    DATED at Anchorage, Alaska, this <u>3rd</u> day of May, 2010.

/s/ H. Russel Holland
United States District Judge